1  Robert Fish (California State Bar No. 149711)
   Mei Tsang (California State Bar No. 237959)
2  Josh Emory (California State Bar No. 247398)
   Fish & Associates, PC
3  2603 Main Street, Suite 1050
   Irvine, California 92614-6232
4  Telephone:  949-253-0944
   Facsimile:  949-253-9069
5
   Attorneys for Plaintiff,
6  Billups-Rothenberg, Inc.
7
8
                    **UNITED STATES DISTRICT COURT**
9
        **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**
10
   BILLUPS-ROTHENBERG, INC; a          Civil Action No.  ~~CV08-7802 AHM (VBKx)~~
11 California corporation                                ~~SACV08-7802 AHM (U·K·~~

12        Plaintiff,                   **COMPLAINT FOR PATENT
                                        INFRINGEMENT**
13            v.                                   * SACV 08-1349 JVS(SSx)

14 ASSOCIATED REGIONAL AND             **DEMAND FOR JURY TRIAL**
   UNIVERSITY PATHOLOGISTS, INC,
15 D/B/A, ARUP LABORATORIES; and
   DOES 1 through 20,
16
          Defendants.
17

18
19 1.     Plaintiff by and through its attorneys, allege as follows:
                               **PARTIES**
20
21 2.     Plaintiff BILLUPS-ROTHENBERG, INC, (hereinafter "BRI") is a

22 corporation organized and existing under the laws of California, with a place of

   business at 1662 Jamboree Road, Irvine, California 92606.
23
24 3.     Upon information and belief, defendant ASSOCIATED REGIONAL AND

25 UNIVERSITY PATHOLOGISTS, INC, D/B/A, ARUP LABORATORIES

   (hereinafter "ARUP"), is a corporation organized and existing under the laws of

1  Utah, with its principal place of business at 500 Chipeta Way, Salt Lake City, UT

2  84108.  Plaintiff may be without knowledge of the true legal name of ARUP and

3  will amend this Complaint upon obtaining such knowledge.

4      4.      The true names and capacities, whether individual, corporate, associate,

5  representative or otherwise, of DOES 1 through 20, inclusive, are unknown to

6  plaintiff, who therefore sues them by such fictitious names.  Plaintiff will seek

7  leave to amend this complaint to show the true names and capacities of said

8  defendants when they are ascertained.  Plaintiff is informed and believes, and

9  thereupon alleges, that each of the defendants named as a DOE, along with the

10  named defendant, is responsible in some manner for the occurrences herein

11  alleged, and that plaintiff's damages herein alleged were legally or proximately

12  caused by said defendants.  Wherever it is alleged that any act or omission was

13  also done or committed by any specifically named defendant, or by defendants

14  generally, Plaintiff intends thereby to allege, and do allege, that the same act or

15  omission was also done and committed by each and every defendant named as a

16  DOE, and each named defendant, both separately and in concert or conspiracy with

17  the named defendants.

18      5.      On information and belief, and at all times mentioned herein, each of the

19  defendants named herein as DOES 1 through 20, inclusive, performed, participated

20  in, or abetted in some manner, the acts alleged herein, proximately caused the

21  damages alleged herein below, and are liable to Plaintiff for the damages and relief

22  sought herein.

## JURISDICTION AND VENUE

23      6.      This is an action for patent infringement arising under the patent laws of the

24  United States, 35 U.S.C. §§ 1 et seq.  This Court has subject matter jurisdiction

25  over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). In addition, this Court

has an independent basis for subject matter jurisdiction pursuant to 28 U.S.C. §

Complaint Against ARUP, and Does 1-20

1332 because BRI is of diverse citizenship with ARUP and the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.

7.     This Court has personal jurisdiction over ARUP because it conducts business in this judicial district and in the State of California and has and continues to commit acts of patent infringement and/or have contributed to or induced acts of patent infringement by others in this judicial district (and elsewhere in California and in the United States).

8.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) because ARUP is subject to personal jurisdiction in this judicial district, has regularly conducted business in this judicial district, and certain of the acts complained of herein occurred in this judicial district.

## THE PATENTS-IN-SUIT

9.     BRI is the owner of all right, title and interest in and to United States Patent No. 5,674,681 ("the '681 patent"), entitled "METHODS TO IDENTIFY HEMOCHROMATOSIS," which was duly and legally issued on October 7, 1997. A true and correct copy of the '681 patent is attached hereto as **Exhibit A**.

10.     BRI is the owner by assignment of all right, title and interest in and to United States Patent No. 6,355,425 ("the '425 patent"), entitled "MUTATIONS ASSOCIATED WITH IRON DISORDERS," which was duly and legally issued on March 12, 2002.  A true and correct copy of the '425 patent is attached hereto as **Exhibit B**.

11.     BRI is the owner by assignment of all right, title and interest in and to United States Patent No. 6,955,875 ("the '875 patent"), entitled "MUTATIONS ASSOCIATED WITH IRON DISORDERS," which was duly and legally issued on October 18, 2005.  A true and correct copy of the '875 patent is attached hereto

1  as **Exhibit C**. (The '681 patent, the '425 patent, and the '875 patent are

2  collectively referred to herein as the "Patents-In-Suit.")

3

4  <u>**GENERAL ALLEGATIONS**</u>

5  12.    The Patents-In-Suit have numerous claims drawn to devices, compositions,

6  and/or methods for diagnosis or identification of specific mutations associated with

7  changes in the hemochromatosis gene ("HFE gene"). Many of these claims are

8  directed to diagnosis and/or detection for risk or presence of hemochromatosis and

9  particularly atypical hemochromatosis characterized by the S65C mutation.

10  13.    On information and belief ARUP has committed, and continues to commit

11  acts that directly infringe the Patents-In-Suit, and/or have contributed to or induced

12  acts of patent infringement by others, in this judicial district and elsewhere in

13  California and in the United States, by providing and/or using diagnostic assays

14  and/or kits for detecting hemochromatosis associated with one or both of two

15  distinct point mutations in the HFE gene, namely the C282Y mutation and the

S65C mutation.

16  <u>**COUNT ONE**</u>

17  <u>**INFRINGEMENT OF THE '681 PATENT**</u>

18  14.    Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1-

19  13 as if fully set forth herein.

20  15.    The '681 patent is valid and enforceable.

21  16.    Upon information and belief, in violation of 35 U.S.C. § 271, ARUP has

22  infringed, is currently infringing, and will continue to infringe, either directly or by

23  infringement under the doctrine of equivalents, the '681 patent, by practicing or

24  causing to be practiced  methods according to at least one of claims 1-2 and 5-11

of the '681 patent.

25

-4-

Complaint Against ARUP, and Does 1-20

17.     Upon information and belief, in violation of 35 U.S.C. § 271, ARUP also contributes to and/or induces infringement of one or more of the claims of the '681 patent as set forth above

18.     As a direct and proximate result of ARUP's acts of infringement as alleged herein, Plaintiff has and will continue to suffer damages in an amount according to proof at trial, and thus Plaintiff are entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

19.     Unless ARUP is enjoined by this Court from continuing their infringement of the '681 patent, Plaintiff will suffer additional irreparable harm and impairment of the value of its patent rights.  Thus, Plaintiff is entitled to an injunction against further infringement.

20.     Upon information and belief, ARUP has actual and/or constructive notice of its infringement of the '681 patent.

21.     Upon information and belief, ARUP's infringement has occurred with knowledge of the '681 patent and has been willful in violation of 35 U.S.C. § 284 entitling Plaintiff to increased damages, and making this case exceptional within the meaning of 35 U.S.C. § 285.

## COUNT TWO

## INFRINGEMENT OF THE '425 PATENT

22.     Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1-13 as if fully set forth herein.

23.     The '425 patent is valid and enforceable.

24.     Upon information and belief, in violation of 35 U.S.C. § 271, ARUP has infringed, is currently infringing, and will continue to infringe, either directly or by infringement under the doctrine of equivalents, the '425 patent, by practicing or causing to be practiced  methods according to at least one of claims 1-4, 11-13, 14-19, 22-24, 34, 39, 45, by making, using or selling an isolated nucleotide according

to claim 51, and/or by making, using or selling a kit according to at least one of claims 52-53 of the '425 patent.

25.     Upon information and belief, in violation of 35 U.S.C. § 271, ARUP also contributes to and/or induces infringement of one or more of the claims of the '425 patent as set forth above

26.     As a direct and proximate result of ARUP's acts of infringement as alleged herein, Plaintiff have and will continue to suffer damages in an amount according to proof at trial, and thus Plaintiff is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

27.     Unless ARUP is enjoined by this Court from continuing their infringement of the '425 patent, Plaintiff will suffer additional irreparable harm and impairment of the value of its patent rights.  Thus, Plaintiff is entitled to an injunction against further infringement.

28.     Upon information and belief, ARUP has actual and/or constructive notice of its infringement of the '425 patent.

29.     Upon information and belief, ARUP's infringement has occurred with knowledge of the '425 patent and has been willful in violation of 35 U.S.C. § 284 entitling Plaintiff to increased damages, and making this case exceptional within the meaning of 35 U.S.C. § 285.

<u>**COUNT THREE**</u>

<u>**INFRINGEMENT OF THE '875 PATENT**</u>

30.     Plaintiff re-alleges and incorporates herein the allegations of paragraphs 1-13 as if fully set forth herein.

31.     The '875 patent is valid and enforceable.

32.     Upon information and belief, in violation of 35 U.S.C. § 271, ARUP has infringed, is currently infringing, and will continue to infringe, either directly or by infringement under the doctrine of equivalents, the '875 patent, by practicing or

1  causing to be practiced  methods according to at least one of claims 1-7 of the '875
2  patent.

3  33.    Upon information and belief, in violation of 35 U.S.C. § 271, ARUP also
4  contributes to and/or induces infringement of one or more of the claims of the '875
5  patent as set forth above

6  34.    As a direct and proximate result of ARUP's acts of infringement as alleged
7  herein, Plaintiff have and will continue to suffer damages in an amount according
8  to proof at trial, and thus Plaintiff are entitled to recover damages adequate to
   compensate it for such infringement, but in no event less than a reasonable royalty.

9  35.    Unless ARUP is enjoined by this Court from continuing their infringement
10 of the '875 patent, Plaintiff will suffer additional irreparable harm and impairment
11 of the value of its patent rights.  Thus, Plaintiff is entitled to an injunction against
12 further infringement.

13 36.    Upon information and belief, ARUP has actual and/or constructive notice of
14 its infringement of the '875 patent.

15 37.    Upon information and belief, ARUP's infringement has occurred with
16 knowledge of the '875 patent and has been willful in violation of 35 U.S.C. § 284
17 entitling Plaintiff to increased damages, and making this case exceptional within
18 the meaning of 35 U.S.C. § 285.

## PRAYER FOR RELIEF

19 WHEREFORE, Plaintiff BRI, for its respective Patents-In-Suit, prays for judgment
20 and relief as follows:

21          A) Judgment that each of the Patents-In-Suit are valid and enforceable;
22          B) Judgment that ARUP infringes each of the Patents-In-Suit and that
23               ARUP's infringement is, and has been, deliberate and willful;
24          C) Judgment that ARUP, its directors, officers, employees, attorneys, and
25               agents, and all those persons acting in active concert or in participation

with them, and their successors and assigns, be enjoined from further acts that infringe, contributorily infringe or induce infringement of the Patents-In-Suit pursuant to 35 U.S.C. § 283;

D) Judgment that ARUP be ordered to pay damages adequate to compensate BRI for Defendant's infringement of the Patents-In-Suit pursuant to 35 U.S.C. § 284, together with interest, including pre-judgment interest from the date infringement of the Patents-In-Suit began;

E) Judgment that ARUP be ordered to pay all of BRI's costs, expenses associated with this action pursuant to 35 U.S.C. § 284;

F) Judgment that Defendant be ordered to pay treble damages pursuant to 35 U.S.C. § 284 as a result of the willful and deliberate nature of ARUP's conduct;

G) Judgment that this case is exceptional, and that ARUP be ordered to pay all of BRI's attorney fees associated with this action pursuant to 35 U.S.C. § 285; and

H) Judgment that BRI be granted such other and additional relief as this Court may deem just and proper.

Respectfully submitted,

Dated: November 25, 2008        By: _____

ROBERT D. FISH, ESQ
MEI TSANG, ESQ
JOSHUA EMORY, ESQ

Attorneys for Plaintiff
BILLUPS-ROTHENBERG, INC.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure, Rule 38, and L.R. 38-1,

Plaintiff hereby demands a jury trial on all issues so triable.

Respectfully submitted,

Dated: November 25 2008          By: _____

ROBERT D. FISH, ESQ.
MEI TSANG, ESQ.
JOSHUA EMORY, ESQ.

Attorneys for Plaintiff
BILLUPS-ROTHENBERG, INC.

Complaint Against ARUP, and Does 1-20

## VERIFICATION

I have read the foregoing complaint for: Patent Infringement, and know its contents.

I am an officer of Billups-Rothenberg, Inc., and am authorized to make this verification on behalf of Billups-Rothenberg, Inc., and I make this verification for that reason. I am informed and believe that the matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on *November 25* 2008, in San Diego, California.

Name: Barry Rothenberg

Title: President, Billups-Rothenberg, Inc.

# EXHIBIT A

US005674681A

# United States Patent [19]

## Rothenberg

[11] Patent Number: 5,674,681

[45] Date of Patent: Oct. 7, 1997

[54] **METHODS TO IDENTIFY HEMOCHROMATOSIS**

[76] Inventor: **Barry E. Rothenberg**, P.O. Box 997, Del Mar, Calif. 92014

[21] Appl. No.: **349,883**

[22] Filed: **Dec. 6, 1994**

[51] Int. Cl.[6] .............................. C12Q 1/68; C12P 19/34; G01N 33/53

[52] U.S. Cl. ............................ 435/6; 435/91.1; 435/91.2; 435/7.1

[58] Field of Search .............................. 435/6, 91.2, 91.1, 435/7.1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

4,970,296  11/1990  Saito et al. .............................. 530/323

### OTHER PUBLICATIONS

Rothenberg et al., *Proc. Natl. Acad Sci. USA* 93, 1529–1534 (1996).

Simon et al., *Am. J. Hum. Genet.* 41, 89–105 (1987).

Jazwinska et al., *Am. J. Hum. Genet.* 53, 347–352 (1993).

Worwood et al., *Brit. J. Haematol.* 86, 863–866 (1994 Apr.).

Simon et al., *Ann. N.Y. Acad. Sci.* 526, 11–22 (1988).

Rothenberg et al., *FASEB J.* 8(5), A900 (1994 Mar.).

Svejgaard et al., *Lancet* 2, 547–549 (1976).

De Sousa et al., *Immunol. Lett.* 39(2), 105–111 (1994).

Rothenberg, Barry "The self recognition concept: An active function for the molecules of the major histocompatibility complex based on the complementary interaction of protein and carbohydrate." *Dev. and Comparative Immunol.* 2:23–38 (1978).

Shur, Barry D., "Glycosyltransferases as cell adhesion molecules." *Curr. Opinion Cell Biol.* 5:854–863 (1993).

Hinek et al., "The 67–kD Elastin/Laminin–binding protein is related to an enzymatically inactive, alternatively spliced form of β–Galactosidase." *J. Clin. Invest.* 91:1198–1205 (1993).

Miller et al., "Complementarity between sperm surface β–1,4–galactosyltransferase and egg–coat ZP3 mediates sperm–egg binding." *Nature* 357:589–593 (1992).

Scott et al., "A family of concanavalin A–binding peptides from a hexapeptide epitope library." *Proc. Natl. Acad. Sci. (USA).* 89:5398–5402 (1992).

Oldenburg et al., "Peptide ligands for a sugar–binding protein isolated from a random peptide library." *Proc. Natl. Acad. Sci. USA.* 89:5393–5397 (1992).

Sjoberg et al., "Natural ligands of the B cell adhesion molecule CD22β can be masked by 9–O–acetylation of sialic acids." *J. Cell Biol.* 126:549–562 (1994).

Powell et al., "Natural ligands of the B cell adhesion molecule CD22β carry N–linked oligosaccharides with α–2, 6–linked sialic acids that are required for recognition." *J. Biol. Chem.* 268(10):7019–7027 (1993).

Powell and Varki, "The oligosaccharide binding specificities of CD22β, a sialic acid–specific lectin of B cells." *J. Biol. Chem.* 269(14):10628–10636 (1994).

Iwata et al., "Membrane receptors of mouse lymphocytes for various lectins." *J. of Biochem.* 82(3):661–669 (1977).

Nag et al., "N–linked oligosaccharides of murine major histocompatibility complex class II molecule." *J. of Biol. Chem.* 267(31):22624–22629 (1992).

Bezouska et al., "Characterization of the high–affinity oligosaccharide–binding site of the 205–kDa porcine large granular lymphocyte lectin, a member of the leukocyte common antigen family." *European J. of Biochem.*, 213:1303–1313 (1993).

Thor et al., "Monoclonal antibody that distinguishes between a phosphorylated, β2–Microglobulin–Associated, and a free, nonphosphorylated, chain of MHC class I." *J. Immunol.*, 151(1):211–224 (1993).

Rothenberg et al., "Biotinylated diaminopyridine: An approach to tagging oliogosaccharides and exploring their biology." *Proceedings of the National Academy of Sciences USA,* 90:11939–11943 (1993).

Stamenkovic et al., "The B lymphocyte adhesion molecule CD22 interacts with leukocyte common antigen CD45RO on T cells and α2–6 sialytransferase, CD75, on B cells." *Cell,* 66:1133–1144 (1991).

*Primary Examiner*—Kenneth R. Horlick

*Attorney, Agent, or Firm*—Fish & Richardson P.C.

[57] **ABSTRACT**

The present invention provides methods to identify hemochromatosis in an individual. For example, the invention

**5,674,681**

Page 2

provides a method of detecting reduced association of $\beta_2$-microglobulin with a nonclassical MHC class I heavy chain molecule or a mutation in nonclassical MHC class I heavy chain-encoding DNA which results in a reduction of $\beta_2$-microglobulin-heavy chain association indicating that the individual tested has or is at risk of having hemochromatosis.

**11 Claims, No Drawings**

5,674,681

1

# METHODS TO IDENTIFY HEMOCHROMATOSIS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to the field of immunological disorders and, more specifically, to major histocompatibility complex transplantation molecules.

### 2. Background Information

The major histocompatibility complex (MHC) codes for a variety of gene products, many of which play a central role in the body's defense against pathogenic organisms. Such molecules include the classical transplantation antigens and structurally related molecules, proteins for transport of foreign peptides within cells, serum complement proteins, the lymphokines tumor necrosis α and tumor necrosis β, cytochromes and heat shock proteins.

The classical transplantation antigens, encoded for by genes in the MHC, are a highly polymorphic group of molecules that were originally discovered for their role in determining rejection of foreign transplanted cells and tissue. An extensive body of experimental work has since supported a role for the classical transplantation antigens in self-recognition. In the current paradigm, transplantation antigens serve to present peptides derived from both self and foreign proteins, for recognition by cells of the immune system.

Two distinct groups of antigens, class I and class II antigens, are encoded by genes within the MHC. Class I antigens are expressed on virtually all nucleated cells in the body and play a role in the mediation of immune responses based on cytotoxic thymus-derived (T) lymphocyte mediated cell killing. Cytotoxic T lymphocytes play a role in killing of virus infected cells and tumor cells. The class I MHC molecule is composed of a 45 kiloDalton (kDa) heavy chain associated non-covalently with a 12 kDa protein known as $\beta_2$ microglobulin ($\beta_2$M). The present paradigm characterizes class I antigens as presenting peptide fragments derived from both self and foreign proteins synthesized endogenously within the cell.

The class I molecules were discovered for their role in transplantation and were termed the "classical" class I molecules, to distinguish them from a later discovered group of class I molecules termed the "nonclassical" class I molecules. Genes encoding the nonclassical class I MHC molecules consist of the majority of genes so far identified in the MHC locus. Nonclassical class I MHC molecules are overall structurally related to the classical class I MHC transplantation antigens in having extensive sequence homology and a heavy chain noncovalently associated with $\beta_2$M. Nonclassical class I MHC molecules are, in general, less polymorphic than the classical class I MHC molecules and are more circumscribed in their tissue distribution. Several types of nonclassical class I molecules are expressed principally in the gastrointestinal (GI) tract, raising questions regarding their function, if any in the immune system.

MHC class II antigens are expressed principally by specialized antigen presenting cells in the body. Such cells are limited to the antibody producing B lymphocyte as well as macrophages and dendritic cells distributed in various tissues of the body. The class II molecule on the cell-surface is composed of an α chain of 33 kDa and a β chain of 28 kDa associated noncovalently. Class II molecules as presently understood function principally to present peptides derived from self or foreign proteins to a specialized class of T

2

lymphocyte that supports the development of cytotoxic T lymphocytes, provides immunity to fungal infections and assists B lymphocytes in the generation of protective antibody responses to encapsulated bacterial infections. MHC class II antigens present peptide fragments derived from proteins taken up by cells from the surrounding environment, in contrast to classical class I molecules, which present peptides derived from endogenously synthesized proteins.

A variety of human autoimmune diseases have been shown to be associated more frequently in the population with individuals who inherit certain genes of the MHC. For many of these diseases, the association is localized to the region of the MHC encoding class II histocompatibility antigens. These diseases are not inherited by simple mendelian segregation of MHC genes, since only one sibling of a set of identical twins may have the disease. This feature suggests that other genetic factors or environmental factors have roles in the development of autoimmunity, with genes in the MHC playing a significant part of the process.

The current paradigm for MHC gene function provides several theories to explain a role for MHC genes in autoimmune disease. They include the inappropriate expression of class II MHC molecules in cells eliciting the autoimmune response or aberrant recognition of self-peptides by particular MHC gene products. Such theories, however, remain to be proven. In addition, the current paradigm fails to provide a useful hypothesis to explain the basis for an MHC-associated iron storage disease known as hemochromatosis. This disease is known from animal studies and from the genomic structure of several class I genes to involve an MHC encoded class I molecule since deletion of the $\beta_2$M gene in these animals results in the disease.

Thus, there exists a need to develop new approaches to the treatment of MHC associated diseases. The present invention is based on a new paradigm for the role of class I and class II antigens and other broadly related molecules in self-recognition and in regulation of the immune system. This paradigm provides that self-recognition molecules have a central function to recognize and modify carbohydrate structures. Thus, the present invention provides new methods for identifying carbohydrate ligands for self-recognition molecules and utilizing such ligands to treat diseases involving aberrant self-recognition such as autoimmune diseases, inflammatory diseases or susceptibility to infections and provides related advantages as well.

## SUMMARY OF THE INVENTION

The present invention provides a substantially purified carbohydrate ligand that specifically binds to a leczyme. In addition, the invention provides methods to identify a carbohydrate ligand that specifically binds to a leczyme or a leczyme that specifically binds to a carbohydrate ligand. The invention further provides methods to identify a peptide that binds to the carbohydrate ligand binding-site of a leczyme.

The present invention also provides methods for isolating a carbohydrate ligand that binds to a leczyme or for isolating a leczyme that binds to a carbohydrate ligand. The invention further provides methods to identify a carbohydrate ligand or a leczyme that can modify the function of a cell and to obtain such functionally modified cells.

The invention also provides methods for modifying a cell to produce a carbohydrate ligand by introducing an expression vector encoding a leczyme into the cell, wherein the expression of the leczyme produces the carbohydrate ligand.

The invention also provides methods for modulating an immune response to an antigen by administering the antigen and a carbohydrate ligand.

5,674,681

| 3 | 4 |

The invention also provides methods for treating a disease state involving a leczyme by administering an effective amount of a carbohydrate ligand that binds to the leczyme involved in the disease state or by administering an effective amount of a leczyme that has a similar binding specificity to the leczyme involved in the disease state.

The invention further provides methods to diagnose a genetic basis for hemochromatosis by detecting a mutation in a class I MHC molecule that reduces it's ability to associate with $\beta_2$ microglobulin.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention results from a profound new paradigm for the function of self-recognition molecules in organisms including mammals. The new paradigm holds that many types of self-recognition molecules heretofore known as peptide recognition and presentation structures have a more central function in the recognition and modification of carbohydrate-based molecules. Although the current paradigm does not exclude recognition of peptide that is bound to a carbohydrate, such as a peptide derived from a glycoprotein, the current paradigm provides that it is the peptide rather than the carbohydrate that is bound by the self-recognition receptor molecule. Thus, self-recognition molecules of the new paradigm have the ability to specifically bind a substrate carbohydrate structure and chemically modify it either by catalyzing further addition of carbohydrate or by catalyzing chemical modification of the existing carbohydrate. Additionally, after enzymatic modification, the self-recognition molecule can specifically bind with equivalent or greater affinity to the modified carbohydrate structure than to the substrate originally recognized.

A molecule whose function includes the enzymatic modification of carbohydrate and the recognition of the enzymatic product has been termed a "leczyme" based on the combination of having both lectin-binding and enzymatic activity in the same base molecule. The present invention provides that leczyme function is characteristic of many peptide recognition molecules that are well known in the art. Such molecules include the class I and class II MHC encoded molecules and other members of the immunoglobulin gene superfamily (IgGSF) of molecules. In addition, leczyme function also can be associated with nonclassical class I molecules.

As used herein, "leczyme" defines a cellular protein, which can catalyze the chemical modification of a substrate resulting in a product with additional carbohydrate or chemically modified carbohydrate. Leczymes also can catalyze chemical modifications of a carbohydrate molecule such as phosphorylation, acetylation, carboxylation or sulfation. A leczyme can enzymatically modify other leczymes or can modify non-leczyme molecules. In addition, a leczyme can be expressed in the cytoplasm, on the cell-surface or can be secreted from a cell and recognize its enzymatically modified product either expressed on a cell-surface or secreted from a cell.

A leczyme can exhibit enzymatic activity and carbohydrate binding activity in the same isoform of the molecule or these activities can reside separately in different isoforms of the molecule. For example, differential RNA splicing of a leczyme can result in an enzymatically active isoform of the leczyme which contains a signal(s) directing the leczyme to sites in the cell normally associated with glycosylation, such as the endoplasmic reticulum or the golgi complex. Differential RNA splicing can also result in an isoform of the

leczyme that exhibits carbohydrate recognition capability and contains a signal(s) directing the receptor to the cell-surface or to export from the cell. Alternatively, a leczyme expressed either in the cell or on the cell-surface can contain both enzymatic activity as well as carbohydrate recognition capability in the same molecule.

Leczyme function can be resident in the groove formed at the top of MHC encoded classical class I or class II molecule, which is characterized in the current paradigm as a peptide-binding groove. The new paradigm provides that the groove functions principally to recognize a carbohydrate structure. In addition, a leczyme such as a classical class I or class II molecule is also endowed with the ability to catalyze the chemical modification of the carbohydrate structure it recognizes and to recognize the modified product.

The present invention provides compositions of substantially purified carbohydrate ligands that can bind to a leczyme. As used herein, the term "carbohydrate ligand" or "ligand" means a sugar-based molecule where the sugar is a part of the ligand that is recognized by the leczyme. A carbohydrate ligand can comprise one or more sugar residues. Multiple sugar residues of a carbohydrate ligand can be linked in either a straight chain or branched chain configuration.

Carbohydrate ligands composed of multiple sugar residues can vary in the type and location of the linkage between each residue. Sugar residues useful for producing a carbohydrate ligand include, for example, glucose, galactose, fucose, mannose and sialic acid. Sugar residues of a ligand also can be acetylated, phosphorylated or sulfated by chemically processes well known in the art. A carbohydrate ligand also can be chemically bonded to other molecules such as a lipid, glycolipid, protein, glycoprotein, proteoglycan, glucosaminoglycan or an organic molecule. Such additional molecules can provide the carbohydrate ligand with features such as increased binding to the leczyme or increased stability in vivo.

A carbohydrate ligand can be multivalent in nature by having more than one carbohydrate ligand attached to a backbone structure. The backbone structure can be a natural protein such as serum albumin or can be a synthetic molecule such as a synthetic peptide. Approaches to link multiple carbohydrate ligands to a backbone structure are known in the art and include, for example, biotin-avidin linkage (Rothenberg et al., *Proc. Natl. Acad. Sci. (USA)* 90:11939–11943 (1993), which is incorporated herein by reference).

The knowledge that a self-recognition molecule is a leczyme and that it has been selected through evolution to recognize and modify a carbohydrate structure such as a carbohydrate ligand provides new methods to treat disease states resulting from such self-recognition leczymes. Such disease states include, for example, autoimmunity, hemochromatosis, inflammation, transplantation rejection, and infections. In many of the above disease states, disease results from aberrant recognition of self-carbohydrate structures by lymphocytes. Thus, the administration of a carbohydrate ligand that can bind to the aberrant self-recognition molecule of an individual provides a means to disrupt the aberrant self-recognition cycle mediating the disease.

A variety of leczymes exist that differ in their ability to modify particular types of molecules. This difference results from differences in the specificity of the lectin binding site that leczymes have for their substrate. Thus, a part of the leczyme structure is a recognition site for the substrate. The catalytic site of a leczyme can be the same site as the

5,674,681

5                                                                      6

substrate recognition site or can be a site different from the
substrate recognition site. After modification of the
substrate, the leczyme can exhibit similar or greater binding
affinity for the modified substrate over the original substrate
due to coordinate binding by both the substrate recognition
site and the catalytic site of the leczyme or by multivalency
of the ligand.

Leczymes utilized in the present invention include a broad
group of structurally related molecules, many of which are
contained within the IGSF. The IgGSF series of genes share
an evolutionary homology (ie. common ancestor) but are not
necessarily functionally related, genetically linked or coor-
dinately regulated. The products of the IgGSF have been
defined by the presence of one or more regions homologous
to the basic structural unit of immunoglobulin (Ig), known
as the Ig homology unit. These units are characterized by a
primary amino acid sequence of about 70–100 residues in
length and include an essentially invariant disulfide bridge
spanning 50–70 residues in length and several other rela-
tively conserved residues that maintain a tertiary structure
known as the Ig fold (for review see Hunkapiller and Hood,
_Adv. Immunol.,_ 44:1–63, (1989)).

The genes of the IgGSF encode many molecules with
known immunological function, such as the
immunoglobulins, T lymphocyte receptors, classical and
nonclassical MHC molecules, various T lymphocyte and B
lymphocyte cell-surface molecules or β₂M. In addition, the
IgGSF encodes several cell-surface molecules known to
function as receptors for cell-cell adhesion. Such adhesion
molecules include, for example, the neural cell adhesion
molecule carcinoembryonic antigen. Those IgGSF mol-
ecules devoted exclusively to mediating cell adhesion or
immunological recognition such as immunoglobulins or the
T cell receptor are not a leczyme.

Leczymes of the IgGSF are encoded by genes located
within the MHC region. In humans, the MHC is in a
continuous stretch of DNA located on the short arm of
chromosome 6. The entire MHC in humans is called the
HLA complex. In mice, the MHC is located on chromosome
17 and contains the H-2, Q, T and M complexes. As used
herein, the term "MHC-derived gene product" means any
molecule that contains at least one polypeptide encoded for
by a gene located within the MHC. Leczymes that are
MHC-derived gene products include class I and class II
molecules. Class I and class II molecules that are leczymes
in humans are encoded by genes within the HLA-D region
such as HLA-DP, HLA-DN, HLA-DM, HLA-DO, HLA-DQ
or HLA-DR, or the various alleles of HLA-A, HLA-B and
HLA-C loci, or the HLA-X, HLA-E, HLA-J, HLA-H,
HLA-G and HLA-F genes.

Leczymes that are class I MHC molecules contain a 45
kDa polymorphic heavy chain or α chain associated non-
covalently with a small nonpolymorphic protein called β₂M.
The heavy chain is an MHC-encoded gene product located
in or near the A, B or C regions of the human HLA complex
and within or near the K or D/L regions of the mouse H-2
complex. Although β₂M is encoded by a gene located
outside the MHC and on a different chromosome, the heavy
chain of the class I molecule is encoded by a gene located
within the MHC, thereby including a class I molecule within
the definition of an MHC-encoded gene product.

Leczymes that are class II MHC molecules are MHC-
derived gene products composed of a 34 kDa α chain
associated noncovalently with a 28 kDa β chain. An addi-
tional chain called the invariant chain is transiently associ-
ated with the class II heterodimer during transport to the
plasma membrane of the cell.

Leczymes can be expressed on the cell-surface by virtue
of having a transmembrane region and cytoplasmic tail, as
in the case of the classical transplantation antigens. Lec-
zymes also can be linked to the cell-surface in a manner
similar to some nonclassical class I molecules. For example,
many of the nonclassical class I Qa and Tla molecules are
linked to the cell-surface by a phosphatidylinositol (PI)
linkages, and the product of the Q10 gene appears to be
secreted (Devlin et al., _EMBO J._ 4:369–374 (1985)). The
majority of Qa and Tla antigens lack the classical class I
cytoplasmic exons including the phosphorylation site in
exon seven (Thor et al., _J. Immunol.,_ 151:211–224 (1993)),
although the transmembrane domain and the seventh exon is
present in Q1 and Q2 gene products.

The MHC class I heavy chain is organized into three
external domains (α1, α2 and α3), each containing about 90
amino acids each, a transmembrane domain of about 40
amino acids and a cytoplasmic anchor segment of about 30
amino acids. β₂M is similar in size and in organization to the
external α3 domain of the heavy chain. X-ray crystallo-
graphic analysis of the extracellular portion of the MHC
class I molecule shows that the α1 and α2 domains interact
and are most external to the cell membrane while the α3 and
α₂M domains interact and are more proximal to the cell
membrane. The interacting α1 and α2 domains form a
platform containing a deep groove or cleft located on the top
surface of the molecule.

The current paradigm for the function of the classical
class I MHC molecule interprets the groove at the top of the
molecule as a peptide binding site. The site is sufficiently
large enough to bind a peptide of about 8–20 residues in
length and present both self and foreign-derived peptides for
recognition by certain T lymphoid cells. Extensive research
has shown that the MHC classical class I molecule can bind
peptide of about the length of the groove. In addition, the
x-ray crystallographic analysis of a classical class I molecule
purified from a cell indicated that a peptide was resident in
the groove. However, as described above, the new paradigm
in the present invention provides that the peptide binding
groove of the classical class I molecule MHC is suited for
binding a carbohydrate ligand.

Leczymes that are a class II MHC molecules share sig-
nificant structural features with a class I molecule. The class
II molecule is a membrane bound glycoprotein that contains
external domains, a transmembrane segment, and a cyto-
plasmic anchor segment. The α chain contains two external
domains labelled α1 and α2 and the β chain contains two
external domains β1 and β2 domain. X-ray crystallography
shows that the α2 and β2 domains interact as a membrane
proximal structure analogous to the α3 domain and β₂M
domain interaction of the class I molecule. The α2 and β2
domains of a class II molecule that together form a cleft at
the top of the molecule that is very similar to the cleft formed
by the α1 and α2 domains of a class I heavy chain. Extensive
evidence indicates that the groove in the class II molecule
can bind and present both self and foreign peptides for
recognition by T lymphoid cells. Peptides have been isolated
from the class II molecule that are from 13–18 amino acids
in length, slightly longer that the octomeric or nonomeric
peptides commonly isolated from MHC classical class I
molecules. As discussed above, the new paradigm of the
present invention provides that the peptide binding groove in
the class II MHC molecule, like the groove in the classical
class I MHC molecule, is suited for binding a carbohydrate
ligand.

Leczymes also are encoded by nonclassical class I genes.
In the mouse, genes encoding leczymes are located in the

5,674,681

| 7 | 8 |

MHC regions Q, T and M downstream of the classical histocompatibility antigens. There are similar regions in humans coding for known nonclassical class I molecules such as HLA-F and HLA-G. The nonclassical class I genes are overall less polymorphic than the classical class I genes and show different patterns of expression. The Q, T and M complex genes of mice consist of approximately 45 genes, coding for non-polymorphic differentiation antigens with limited tissue distribution.

Leczymes which are nonclassical class I MHC molecules exhibit limited tissue distribution in comparison with leczymes that are classical class I MHC molecules. For example, the Qa and Tla antigens, the products of the Q and T genes, are expressed on subpopulations of lymphocytes (for review, see Flaherty et al. *Critical Reviews in Immunology,* 10:131–175 (1990)). Previously, no convincing function had been assigned to the products of the nonclassical·class I genes, although they have been suggested as possible restriction elements for γδ T cells (Hershberg et al. *Proc. Nat. Acad. Sci (USA),* 87:9727–31 (1993)). The Qa and Tla antigens have also been reported to be expressed on intestinal epithelium (Wu et al, *J. Exp. Med.,* 174:213–218 (1991); Hershberg et al., *Proc. Natl. Acad. Sci. (USA)* 87:9727–97231 (1990); Wang et al., *Immunogenet.,* 38:370–372 (1993)) where their function was unknown. The new paradigm of the present invention provides that these nonclassical class I molecules are leczymes.

The nonclassical class I molecule Q2, produced by a gene within the mouse MHC, is an example of a leczyme that is involved in iron transport (see Example I). The gene for Q2 is located in a head to head relationship with another gene most likely encoding a mucin. Both genes share a single promoter region, located between the genes, the promoter being analogous in structure to the β-globin promoter involved in iron metabolism. The coordinated regulation of these two genes can be readily understood in view of the receptor/ligand and receptor/substrate interactions defined as leczyme function in the new paradigm. Interestingly, the Q2 gene is distinguished from other nonclassical class I genes in being highly polymorphic with Q2 molecules of different strains of mice differing significantly in amino acid sequence. Despite these differences, the Q2 molecules from separate strains of mice all function as a receptor for their co-regulated gene product since, as a leczyme, Q2 can enzymatically modify its ligand/substrate in accordance with the lectin recognition and enzymatic function of each Q2 gene product and can recognize the resulting product. Thus, the combined enzymatic/recognition capability of a leczyme as defined in the new paradigm maintains receptor/ ligand relationships in the face of extensive genetic polymorphism.

Leczymes exist with a variety of enzymatic activities. For example, a leczyme can have as a glycosyl transferase enzymatic activity that results in the catalytic transfer of a glycosyl group (mono or oligosaccharide) from a glycosyl-nucleotide to an acceptor molecule such as a protein, carbohydrate or lipid. However, not all glycosyl transferases are leczymes. In fact, very few such enzymes would be leczymes since the overwhelming majority of glycosyltransferases are restricted to expression in the endoplasmic reticulum and golgi complex of the cell.

There is currently only one glycosyl transferase (β1,4-galactosyltransferase) that is previously known to be expressed in both the cytoplasm and on the cell (for a review see Shur, *Curr. Opin. in Cell Biol.,* 5:854–863 (1993)). This enzyme has both carbohydrate recognition capability and

carbohydrate catalytic activity and has been implicated in a variety of cell-cell and cell-matrix interactions. One hallmark of the cell-surface expressed form of β1,4-galactosyltransferase is that it no longer retains binding activity for the product it generates after enzymatic modification (Miller et al., *Nature,* 357:590–593 (1992)). Thus, this particular transferase is not a leczyme because it fails to exhibit recognition for it's enzymatic product.

A Leczyme of the IgGSF can be encoded by a gene located outside the MHC. For example, CD-1 is a product of the IgGSF gene that is related in structure to the class I MHC molecule but the CD-1 heavy chain is encoded by a gene outside the MHC. The T-6 CD-1 molecule is expressed by a specialized antigen presenting cell in the skin (Langerhan's cell) and can be internalized along with MHC class II antigen, indicating an immunological function for T-6.

The present invention provides a composition, comprising a substantially purified carbohydrate ligand that is specifically bound by a leczyme. As used herein, the term "substantially purified" means a carbohydrate ligand that is relatively free from other contaminating molecules such as lipids, proteins, nucleic acids, carbohydrates or other molecules normally associated with a carbohydrate ligand in a cell or tissue. A substantially purified carbohydrate ligand can be obtained, for example, using well known biochemical methods of purification of a carbohydrate source or by chemical or enzymatic synthesis.

A carbohydrate ligand of the present invention can include known forms of carbohydrate containing molecules such as glycoproteins, proteoglycans, glycolipids or mucopolysaccharides that have N-linked or O-linked forms of glycosylation. The proteoglycans include, for example, mucins and those proteoglycans glycosylated with hyaluronate, chondroitin sulfate, heparin, heparan sulfate or dermatin sulfate. Glycolipids that contain carbohydrate ligands include, for example, acylglycerol, a sphingoid or a ceramide.

A sample containing a carbohydrate ligand can be obtained from a variety of sources such as from fluids, tissues or cells. These sources can be from any plant species or any animal such as a mammal or any organism. A source of carbohydrate ligand can also include a cell that has been modified by introducing into the cell an expression vector that encodes a leczyme or a protein that when expressed contains a carbohydrate ligand.

A sample containing a carbohydrate ligand can be obtained from a chemically produced library of carbohydrates. Such libraries can be made by mixing carbohydrates from natural sources and from enzymatically-produced sources. In addition, individual carbohydrates from the library can be tagged with a detectable label such as a fluorescent label to assist in structural determination of the carbohydrate ligand.

A sample containing a carbohydrate ligand can be processed to further purify the ligand by methods well known in the art. Such methods include, for example, purification of glycoconjugates, labelling of glycoconjugates by chemical or metabolic means, release of oligosaccharides from glycoconjugates and characterization of the structure of the released carbohydrate (see, for example, Ausubel et al, In *Current Protocols in Molecular Biology* Vol. 2, chapter 17, (Green Publishing Associates and Wiley Interscience, New York, 1994); Fukuda and Kobata, *Glycobiology: A practical Approach,* (IRL Press, New York, 1993), both of which are incorporated herein by reference). In addition, these methods are useful for structural characterization, including

5,674,681

9

sequencing of the carbohydrate ligand. Elucidation of the
structure of a carbohydrate ligand purified from a tissue or
a cell can enable future production of the ligand by direct
chemical synthesis or enzymatic synthesis or purification
from a natural source.

The present invention provides methods to identify a
carbohydrate ligand that can bind to a leczyme. In this
method, a sample containing a carbohydrate ligand is con-
tacted with a leczyme suspected of binding to the ligand
under suitable conditions to allow specific binding of the
ligand to the leczyme. Suitable conditions include, for
example, an appropriate buffer concentration and pH and
time and temperature that permits binding of the particular
leczyme and the carbohydrate ligand. After a suitable reac-
tion period, the amount of carbohydrate ligand bound to the
leczyme can be determined, for example, by attaching a
detectable moiety such as a radionuclide or a fluorescent
label to the carbohydrate ligand and measuring the amount
of label that is associated with the leczyme after any
unbound carbohydrate ligand has been removed from the
ligand-leczyme complex.

As used herein, "detectable label" means a molecule
whose presence can be detected due to a physical, chemical
or biological characteristic of the molecule. Detectable
labels include, for example, radioisotopes, fluorescent
molecules, enzyme/substrate systems, or visually detectable
molecules. Methods for detectably labelling a carbohydrate
molecule are well known in the art, and include, for
example, reduction with $NaB(^3H)_4$ or synthesis with radio-
labelled sugars (see, for example, Varki, surpa, 1994 and
Rothenberg et al., *Proc. Natl. Acad. Sci. (USA)*,
90:11939–11943 (1993), both of which are incorporated
herein by reference, and Fukuda and Kobata, supra 1993). In
addition, kits for the preparation of a labelled carbohydrate
molecule are readily available from commercial sources
such as Oxford GlycoSystems (Rosedale, N.Y.).

Methods to remove unbound labelled ligand from the
ligand-leczyme complex depend, for example, on attaching
the leczyme to a solid support. Solid supports useful in the
present invention and methods to attach proteins to such
supports are well known in the art (see for example Harlow
and Lane, *Antibodies: A laboratory Manual* (Cold Spring
Harbor Laboratory Press, Cold Spring Harbor, N.Y., 1988),
which is incorporated herein by reference). Such solid
supports include, for example, Sepharose, agarose or poly-
styrene.

After a suitable reaction period and after any unbound
label has been removed from the support by, for example,
washing, the amount of label attached to the solid support
provides a direct measurement of the amount of carbohy-
drate ligand bound to the leczyme on the support.
Alternatively, the amount of labelled carbohydrate ligand
bound to the support can be indirectly determined after the
reaction period by measuring the amount of unbound label
and subtracting this from the amount of label added at the
start of the reaction.

To accurately determine the amount of labelled ligand that
binds specifically to the leczyme, a control reaction can be
performed where all conditions are the same as in the
binding reaction between the labelled ligand and leczyme
except that the leczyme is not included in the control
reaction or the leczyme is replaced by an irrelevant protein
such as a serum albumin. The control reaction determines
the amount of binding of the labelled carbohydrate ligand
that occurs nonspecifically such as the amount of labelled
ligand that binds to the solid support rather than to the

10

leczyme on the solid support. Thus, it is necessary to
subtract the nonspecific binding value obtained from the
control reaction from the binding value obtained from the
reaction that included both the labelled carbohydrate ligand
and the leczyme to determine the amount of ligand that
specifically bound the leczyme under the conditions tested.

An advantage of using a solid support is that the labelled
ligand can be added in excess relative to the leczyme,
making it possible to identify lower levels of binding affinity
between the carbohydrate ligand and the leczyme. Methods
such as Scatchard analysis are well known in the art for
determining the binding affinity between two molecules,
both of which can be in solution or one of which can be
attached to a solid support. Equilibrium dialysis is an
example of a method where the binding of a ligand to
leczyme can be determined when both molecules are in
solution.

Methods to measure the binding of a labelled carbohy-
drate ligand to a leczyme also can be performed when the
leczyme is associated with a cell. In a manner analogous to
the use of solid supports, cells that express the leczyme on
the cell-surface can bind the labelled carbohydrate ligand
and, after a suitable reaction period, the cells can be sepa-
rated from the unbound ligand by methods well known in the
art such as by centrifugation or filtration. Cells that express
a leczyme in the cytoplasm can also be used to detect
binding of a carbohydrate ligand to the leczyme provided the
cell membrane has been sufficiently permeabilized to allow
access of the carbohydrate ligand to the leczyme in the cell.
Methods that use cells in binding assays such as antigen-
antibody binding assays are well known in the art (see, for
example, Harlow and Lane supra, 1988) and are generally
applicable to binding assays between a carbohydrate ligand
and a leczyme.

A leczyme-expressing cell can be a cell that naturally
expresses the leczyme such as a lymphocyte that expresses
a class I or class II MHC encoded leczyme or can be a cell
that expresses the leczyme as a result of introducing an
expression vector encoding the leczyme into the cell.
Leczyme-expressing cells can be obtained from in vivo
sources by methods well known in the art such as mechani-
cal disruption of tissue or digestion of tissue by enzymes to
release cells from their surrounding matrix (see for example,
Freshney *Culture of Animal Cells* (Alan R. Liss, New York,
1993), which is incorporated herein by reference). A
leczyme-expressing cell can be a cell line that is available
from public cell repositories such as from the American
Type Culture Collection.

It is well known in the art that the binding between two
molecules can be performed when either of the two mol-
ecules contains a detectable label. Thus, the identification of
a detectably labelled carbohydrate ligand that binds to a
leczyme attached to a solid support or a cell also can be
performed if the leczyme contains the detectable label and
the carbohydrate ligand is attached to a solid support or
expressed by a cell. A leczyme can be detectably labelled
using methods for labelling a protein, which are well known
in the art and include, for example, biotinylation or incor-
poration of radioisotopic labelled precursors. A carbohydrate
ligand-expressing cell can be a cell obtained from tissues or
organs or can be a cell line such as a cell line available from
a public repository.

Methods for attaching a carbohydrate ligand to a solid
support depend on the chemical nature of the ligand. Thus,
attachment can be accomplished through the carbohydrate
moiety or other molecule bonded to the carbohydrate ligand

5,674,681

| 11 | 12 |

attachment via chemistry suitable for attaching carbohydrate, peptide or lipid structures to a solid support. Methods to attach carbohydrates, proteins or lipids to various types of solid supports are well known in the art.

The binding of a carbohydrate ligand to a leczyme can be determined without the need for a detectable label by measuring a physical characteristic of the either the ligand or the leczyme such as absorption of ultraviolet radiation. Such methods for quantitating a protein or carbohydrate by physical characteristics are well known in the art. The ability to follow a physical characteristic of the ligand or leczyme can be applied to binding assays that use a solid support or an expressing cell or when both molecules are in solution. The binding of a carbohydrate ligand to a leczyme also can be evaluated if the ligand is a substrate for the enzymatic activity of the leczyme. In this case, binding can be measured by following substrate conversion kinetics measured, for example, by the Michaelis-Menten equation (Devlin, *Textbook of Biochemistry* (Wiley-Liss Inc. New York, 1992), which is incorporated herein by reference).

Methods for identifying a carbohydrate ligand that binds a leczyme can be performed using a single purified carbohydrate ligand or a limited number of carbohydrate ligands, which can be purified by conventional procedures as described above or can be purified by binding to a reagent. A purified carbohydrate ligand can also be detectably labelled by methods disclosed herein. A carbohydrate ligand that is not purified, such as one that is in a sample containing other molecules, can be used in a binding assay provided it is attached to a solid support or is expressed by a cell and binding is determined by detecting binding of a leczyme. In this case, if the non-purified carbohydrate ligand can bind the leczyme, the sample containing the ligand can be subjected to purification and subsequent binding assays to obtain the carbohydrate ligand in a purified state.

Purified leczymes can be obtained from cells by classical methods for protein or glycoprotein purification such as methods known in the art for purifying class I or class II molecules. Leczymes also can be obtained from cells that have been modified by molecular biological techniques to enable expression of a leczyme. A gene encoding a leczyme can be cloned into an expression vector and then introduced into a host cell. Vectors are well known in the art and include, for example, cloning vectors and expression vectors, as well as plasmids or viral vectors (see, for example, Goedell, *Methods in Enzymology*, vol. 185 (Academic Press, New York, 1990), which is incorporated herein by reference). A baculovirus vector is an example of a vector that can be used to express a leczyme in insect cells and result in expression of new carbohydrate ligands on the cell.

A vector comprising a nucleic acid molecule encoding a leczyme also can contain a promoter or enhancer element, which can be constitutive or inducible and, if desired, can be tissue specific. Host cells also are known in the art and an appropriate host cell can be selected for the particular vector to be used. For example, a baculovirus transfer vector can be used with baculovirus DNA to infect insect cell lines such as SF21 cells. Cloning of such transformed cells to produce a stable cell line can provide a source of the expressed leczyme or can provide a source of carbohydrate ligand modified by the expressed leczyme.

The gene encoding a leczyme can be expressed as a fusion protein to assist in purification or in further downstream processing of the leczyme. For example, the leczyme can be produced as a chimeric protein fused to the CH2 or CH3 domain that constitutes the Fc binding region of an immunoglobulin molecule, as was performed previously for expressing the CD22β lectin (Stamenkovic et al. *Cell*, 66:1133–1144 (1991)). The use of Protein A from Staphylococcus aureus bound to a solid support, which is readily available from commercial sources, can be used to purify the Fc containing chimeric leczyme. In addition, the solid support containing the chimeric leczyme can be used directly to evaluate binding of a carbohydrate ligand.

The present invention provides methods to identify a leczyme that binds a carbohydrate ligand. In this method, a sample containing a leczyme is contacted with a carbohydrate ligand suspected of binding to the leczyme under suitable conditions to allow specific binding of the ligand to the leczyme. The methods that have been described above for identifying a carbohydrate ligand that binds to a leczyme can also be used to identify a leczyme that binds to a carbohydrate ligand. Leczymes to be identified for binding include, for example, a purified leczyme or a leczyme contained within a complex mixture such as a mixture of proteins expressed from a cDNA expression library. Methods to produce a cDNA expression library are well known in the art (see, for example, Sambrook et al, *Molecular Cloning: A laboratory manual* (Cold Spring Harbor Laboratory Press 1989), which is incorporated herein by reference).

The present invention provides methods of purifying a carbohydrate ligand that specifically binds to a reagent. In these methods, a sample containing the carbohydrate ligand is contacted with the reagent under suitable conditions to allow formation of a ligand-reagent complex. Suitable conditions includes, for example, an appropriate buffer concentration and pH and time and temperature that permits binding of the carbohydrate ligand to the reagent. The ligand-reagent complex is then separated from the rest of the sample by a separation method such as by washing, and the ligand is dissociated from the complex.

As used herein, "reagent" means a chemical or biological molecule that can specifically bind to a carbohydrate ligand. For example, a leczyme that binds to a carbohydrate ligand is a reagent that can be used to purify that ligand. Also, an antibody can be a reagent if it can react specifically with the carbohydrate, protein or lipid portion of a carbohydrate ligand.

Purification of the carbohydrate ligand can be accomplished if the reagent is attached to a solid support such as agarose, Sepharose or plastic. Methods for coupling a protein or a carbohydrate to a solid support, disclosed above for detecting the binding of a carbohydrate ligand to a leczyme, also are useful for attaching a reagent to a solid support.

Methods to dissociate a carbohydrate ligand from a ligand-reagent complex can depend on the nature of the reagent. For example, if the reagent is a leczyme, then a method for dissociating the complex can involve competitive inhibition of the complex with a sugar structure that has binding affinity for the same site in the leczyme that binds the carbohydrate ligand. Other well known treatments that are useful for dissociating a carbohydrate ligand from a reagent include, for example, extremes in pH, high salt concentration or chaotrophic agents (see, for example, Harlow and Lane, supra, 1988), which is incorporated herein by reference and Varki, supra, 1994). Carbohydrate ligands purified by the above disclosed methods are suitable for structural analysis as described above, in order to enable future production of the ligand by chemical or enzymatic synthesis.

An antibody that specifically binds to a carbohydrate ligand can be produced to the carbohydrate or a protein

5,674,681

13

moiety or a lipid moiety, if such moieties are bonded to the ligand. An antibody specific for the peptide backbone of carbohydrate ligand such as the peptide backbone of a mucin can be useful for purifying a source of mucin from different cells or from different individuals, since the peptide backbone can be more conserved between peptide containing carbohydrates than the carbohydrate portions of these molecules. Methods for producing antibodies such as polyclonal antibodies, monoclonal antibodies, antibody fragments or the like, that are specific for protein, carbohydrate or lipid are well known in the art (see, for example, Harlow and Lane supra, 1988).

The present invention provides methods for purifying a leczyme that specifically binds to a carbohydrate ligand. In these methods, a sample containing the leczyme is contacted with a carbohydrate ligand under suitable conditions to allow formation of a ligand-leczyme complex. Suitable conditions includes, for example, an appropriate buffer concentration and pH and time and temperature that permits binding of the leczyme the carbohydrate. The ligand-reagent complex is then separated from the rest of the sample by a method such as by washing, and the leczyme is dissociated from the complex.

Purification of the leczyme can be accomplished if the carbohydrate ligand is attached to a solid support such as agarose, Sepharose or plastic. Methods for coupling a carbohydrate ligand to a solid support, such as those disclosed above for detecting the binding of a carbohydrate ligand to a leczyme, are useful for attaching a carbohydrate ligand to a solid support. Methods for dissociating the leczyme from the ligand-leczyme complex can utilize the methods disclosed herein for dissociating a carbohydrate ligand from a ligand-leczyme complex.

The present invention provides methods to identify a carbohydrate ligand that modifies the function of a leczyme-expressing cell by contacting a sample containing a carbohydrate ligand with the cell under suitable conditions, which allow specific binding of the ligand to the leczyme on the cell. After a suitable period of time to allow for binding of the ligand to the leczyme, the cells are evaluated to determine their function. A carbohydrate ligand that modifies the function of a leczyme-expressing cell is one that when contacted with the cell results in a function that differs from the function of the same type of cell that had not contacted the ligand.

As used herein, "function" in reference to a cell includes any activity that can be detected for a cell. The function of a cell can vary with the nature of the cell in question. For example, the function of a T lymphocyte can include activities such as the production of certain cytokines, acquisition of cell mediated lympholysis, ability to mediate antibody dependent cell mediated cytotoxicity or the ability to help B lymphocytes to produce antibody. Thus, a particular carbohydrate ligand that can bind to a leczyme on a T lymphocyte and subsequently effect the function of the cell can do so by increasing or decreasing any of the above T lymphocyte functions.

Contacting a carbohydrate ligand with a leczyme-expressing cell can be performed in vitro in a cell culture medium. Methods for measuring the function of lymphoid cells or other cells are well known in the art (see for example, Colligan et al., *Curr. Protocols in Immunol.* (Greene Publishing Associates and Wiley Interscience, New York, 1992); Mishell and Shiigi, *Selected Meth. in Cell. Immunol.* (W. H. Freeman and Co., New York, 1980), each of which are incorporated herein by reference).

14

The present invention also provides methods to identify a leczyme that modifies the function of a carbohydrate ligand-expressing cell. Methods described above for identifying a carbohydrate ligand that modifies the function of a leczyme-expressing cell are also useful for identifying a leczyme that modifies the function of a carbohydrate ligand-expressing cell.

The present invention provides methods to modify the function of a leczyme-expressing cell by contacting the cell with a carbohydrate ligand that binds the leczyme. In addition, the invention provides methods to modify the function of a carbohydrate ligand-expressing cell by contacting the cell with a leczyme that binds the ligand. The identification of either a carbohydrate ligand or a leczyme that can modify the function of a cell has both in vitro and in vivo uses. For example, ligands or leczymes capable of decreasing or increasing the functional activity of cell that is involved in a disease state can be administered to an individual to treat the disease.

The present invention provides methods to identify a peptide that can bind to the carbohydrate ligand binding-site of a leczyme. These methods involve contacting a sample containing a peptide or peptides to be tested with a leczyme under suitable conditions to enable binding of peptide to the leczyme. Subsequently, the leczyme is reacted with a carbohydrate ligand known to bind to the leczyme. The reaction is performed under conditions suitable for the carbohydrate ligand to bind to the leczyme. Alternatively, the peptide, leczyme and carbohydrate ligand can be added together at the start of the reaction.

The carbohydrate ligand can be added directly to the mixture containing the peptide and leczyme or can be added after any unbound peptide has been removed from the leczyme. After the end of the reaction, the amount of carbohydrate that bound to the leczyme is determined and compared to the amount of carbohydrate ligand that bound to leczyme in a control sample that did not contain peptide. If the amount of carbohydrate ligand that bound to the leczyme in the sample containing peptide is less than the amount of carbohydrate ligand that bound to the leczyme in the control sample, then it can be concluded that the peptide had bound to the carbohydrate ligand binding site of the leczyme and is therefore a peptide mimetope of the carbohydrate ligand.

A peptide mimetope can be identified in an assay format that utilizes a carbohydrate ligand containing a detectable label and a leczyme that is bound to a solid support or is expressed by a cell. Methods disclosed herein for identifying a carbohydrate ligand that bind to a leczyme are useful to generate the assay format for identifying a peptide mimetope of a carbohydrate ligand.

A defined peptide sequence can be chemically synthesized or produced by biological methods, such as by recombinant DNA techniques (see, for example, Sambrook et al., supra, 1989). A complex mixture of peptides also can be used to identify a peptide mimetope. Such complex mixtures can include, for example, a mixture of defined sequences, or can be a semi-random or random library of sequences. Methods to generate peptide libraries by such methods as chemical synthesis on a bead or a microtiter plate or biological production such as on the surface of a bacteriophage are well known in the art (see, for example, Huse et al., *Science* 246:1275–1281 (1989), which is incorporated herein by reference).

A peptide that can bind to the carbohydrate ligand binding site of a leczyme can also have some of the functional

5,674,681

15

characteristics of a carbohydrate ligand and thus be considered a functional mimetope of the carbohydrate ligand. Such peptide mimetopes can be used to modify the function of a cell and also can be used to treat a disease state that involves a leczyme that can bind to the mimetope.

The present invention provides methods to modify a cell to produce a carbohydrate ligand, comprising introducing an expression vector encoding a leczyme into a cell to obtain expression of the leczyme, which results in production of the carbohydrate ligand by the cell. Cells producing a particular carbohydrate ligand are useful to provide unique types of ligands, which can be purified from the cells. In addition, such cells are useful in binding assays to identify a leczyme that binds the ligand.

The present invention provides methods for modulating an immune response in an individual, such as a human or other animal, using an antigen for which the immune response is desired and a carbohydrate ligand that binds to a leczyme. As leczymes include, for example, the major histocompatibility complex molecules, that are involved in presentation of foreign molecules for recognition by cells of the immune system, injection of a carbohydrate ligand and an antigen can modulate an immune response. A used herein, "modulate" means increase or decrease. An increase in the immune response can be obtained by administering a carbohydrate ligand bound to antigen such that the antigen is targeted via the leczyme to an antigen presenting cell.

An antigen can be associated with a carbohydrate ligand by covalently bonding the antigen to carbohydrate or to any protein or lipid of the ligand using methods well known in the art. The actual method to covalently couple the antigen to the carbohydrate ligand will depend on the nature of each molecule to be coupled and whether the coupling procedure is detrimental to the any critical antigenic determinants of the antigen or the capability of the carbohydrate ligand to bind its' target leczyme. Such detrimental effects can be readily evaluated in binding assays as described above.

More than a single antigen molecule or more than a single carbohydrate ligand can be coupled together to produce an immunogen. Such molecules can be made multivalent for either or both of the antigen or the carbohydrate ligand and can be used for eliciting a greater immune response than an immunogen containing a single molecule of antigen and a single molecule of a carbohydrate ligand.

Methods to increase an immune response in an individual are well known to those in the art and require optimization of parameters such as dose, route of administration, use of an adjuvant, or schedule of administration (see, for example, Harlow and Lane, chapter 5, supra, 1988). An increased immune response obtained after administering an antigen and a carbohydrate ligand is achieved when the immune response parameter has increased by a statistically significant level over the level of the parameter manifested prior to administration of the antigen and carbohydrate ligand.

The immune response parameters that can increase after administering an antigen associated with a carbohydrate ligand include an antibody-mediated response or a cellular-mediated response. Methods to measure antibody immune responses are well known to those in the art and include, for example, detection of immunoglobulins by both in vitro and in vivo methods (see for example Harlow and Lane, supra, 1988). Methods to measure cellular immune responses are also well known in the art and include in vivo methods such as skin testing for delayed hypersensitivity and in vitro methods such as direct cell cytotoxicity or cell activation assays (see, for example, Coligan et al. supra, 1992; Mishell and Shiigi, supra, 1980).

16

An antigen associated with a carbohydrate ligand can be used to decrease an immune response to the antigen and can be particularly useful for treating a deleterious immune response such as an autoimmune disease state. Methods for decreasing an immune response can, under some conditions result in a prolonged state of specific immunological unresponsiveness to the antigen, commonly referred to as a state of tolerance to the antigen.

Decreasing an immune response to an antigen by administering the antigen bonded to a carbohydrate ligand can be accomplished using methods well known in the art to suppress or tolerize an individual to an antigen. Such methods include, for example, administration of low doses, monomeric and nonaggregated forms of the antigen and carbohydrate ligand or administration orally. In addition, a decreased immune response can be obtained by administering the antigen and carbohydrate ligand concurrently with an immunosuppressive agent such as cyclosporin A, FK506 or antibodies to a particular T lymphocyte cell-surface receptor. Methods for using such agents to decrease the immune response to an antigen in humans or animals are well known in the art.

The present invention provides methods for treating a disease state involving a leczyme, by administering an effective amount of a carbohydrate ligand that binds to the leczyme. As used herein, the term "disease state" includes any diseases, whether genetic or acquired, provided a leczyme plays a role in the disease process. Such disease states include inflammation, transplantation rejection, and also includes diseases having both a genetic and an environmental basis such as iron storage diseases, autoimmunity or cancer. In addition, a disease state includes diseases resulting from an infectious agent such as a virus, bacteria, yeast or parasite. The ability of an infectious agent to enter and infect cells of the host can occur by binding to leczyme or carbohydrate ligand expressed on the cells of the host. A peptide mimetope for a carbohydrate can also be used to treat a disease state that involves a leczyme for which the mimetope can bind.

The present invention provides methods for treating a disease state involving a leczyme by administering a leczyme having a similar binding specificity for a carbohydrate ligand as the leczyme involved in the disease state. The disease states useful for treatment by a leczyme include those described above for treatment by a carbohydrate ligand. Thus, aberrant self-recognition, mediated by a leczyme in a diseased individual, can be treated by administration of a leczyme. Such a leczyme can bind to the natural carbohydrate ligand detected on a target cell by the aberrant self-reactive leczyme-expressing cell, and, therefore, block the ability of the self-reactive leczyme-expressing cell to recognize and react aberrantly towards the target cell.

The present invention provides methods for treating an iron metabolic disorder known as hemochromatosis. Defects in iron metabolism can have a basis in leczyme function. In elevated concentrations, iron is a toxic inorganic molecule that has been implicated in the pathophysiology of a number of common diseases. These include but are not limited to cancer (Stevens et al, N. Engl. J. Med., 319:1047 (1988); Stevens, et al., Med. Oncol. Tumor Pharmacother, 7:177–181 (1990)), heart disease (Kannel, et al, 1976; Sullivan, Lancet, 1:1293–1294 (1981); Salonen, et al, Circulation, 86:803–811 (1992)), reperfusion injury (Zweier, J. Biol. Chem., 263:1353–1357 (1988)) and rheumatoid arthritis (Blake et al., Arthritis Rheum., 27:495–501 (1984)). There is no argument that severe iron overload results in a constellation of pathologies, collectively called hemochromatosis, the most common genetic disease affecting man.

5,674,681

17                                                              18

Hemochromatosis results from enhanced absorption of iron from the GI tract by active transport but the underlying metabolic defect is currently unknown. Identification of the genes responsible for the absorption of iron, and developing an animal model in which iron overload is due to active enhanced absorption of iron from the GI tract, would greatly facilitate understanding hemochromatosis and increase knowledge about the general mechanisms of iron metabolism. The present invention provides the results from a new animal model and data from humans that indicate a role for an MHC-encoded leczyme in the pathogenesis of hemochromatosis.

Hemochromatosis is not usually brought to clinical attention until symptoms develop, and several studies have indicated that removal of the iron after the development of tissue damage does not necessarily improve the organ function (Cundy, et al., *Clin. Endocrinol.*, 38:617–620 (1993); Westera et al., *Am. J. Clin. Path.*, 99:39–44 (1993)). Hemochromatosis is an underdiagnosed and undertreated disease that would benefit greatly from early diagnosis and an effective treatment (for reviews see Edwards et al., *Hosp. Pract. Suppl.*, 3:30–36 (1991); Edwards and Kushner, *N. Engl. J. Med.*, 328:1616–1620 (1993)).

Untreated hemochromatosis is characterized by iron overload of parenchymal cells, which is toxic and the probable cause of various complications including hepatopathy (including cirrhosis, and liver cancer), arthropathy, hypogonadotropic hypogonadism, marrow aplasia, skin disorders, diabetes mellitus, and cardiomyopathy (for review see Halliday and Powell, *Iron and Human Disease*, Lauffer, RB, (ed). 131–160 (1992)). There are reportedly 1.5 to 2 million active cases of hemochromatosis within the U.S., with approximately 25% of late diagnosed or untreated patients developing hepatomas.

In untreated hemochromatosis, iron is universally deposited in the hepatocytes of the liver, and elevated saturation of transferrin with elevated serum ferritin levels combined with liver biopsy provides the best diagnostic test currently available (Fairbanks, *Hosp. Pract.*, 26:17–24 (1991)). The iron is found primarily in the cytoplasm of hepatocytes, and by electron microscopy in lysosomal vacuoles, and in more severe cases, iron is deposited in mitochondria (for review see Iancu, *Pedo Pathol.*, 10:281–296 (1990)). Other liver toxins such as alcohol and hepatitis exacerbate the damage caused by the iron deposition (Piperno et al., *J. Hepat.*, 16:364–368 (1992)). Patients with hemochromatosis are advised not to drink alcohol, because of increased liver damage, or to smoke tobacco products, as iron deposition can also occur in the lungs.

Hemochromatosis is an autosomal recessive disease in which the responsible gene(s) is linked to the A locus of the human MHC (HLA complex), located on human chromosome 6 (Simon and Brissot, *Hepatol.*, 6:116–124 (1988)). Linkage to human HLA-A3 has been documented in approximately 73% of cases. However, other genetic loci also have been implicated, especially in African (Gorduke et al., *N. Engl. J. Med.*, 326:95–100 (1992)) and African-American populations (Barton et al., *Blood*, 85:95a (1993)).

Hemochromatosis is the most common genetic malady in humans far exceeding cystic fibrosis, phenylketonuria and muscular dystrophy combined (Leggett et al., *Clin. Chem.*, 36:1350–1355 (1990)). One explanation for the high incidence of this genetic disease may be that results from different mutations in multiple linked genes that produces a similar phenotype. Hemochromatosis occurs most frequently in populations of European origin with a frequency in homozygotes and heterozygotes of approximately 0.3 and 13%, respectively.

Several markers, including the recently described D6S105, have been identified in the human MHC locus and have narrowed the genomic location of the hemochromatosis gene to within 1 centimorgan of the A locus (Jazwinska et al., *Am. J. Hum. Genet.*, 53:347–352 (1993)), and possibly centromeric to HLA-F (Gasparini, et al., *Hum. Mol. Genet.*, 5:571–576 (1993)). Others have reported candidate (HC) genes located 20–200 kb telomeric to HLA-A (el Kahloun et al., *Hum. Mol. Genet.*, 2:55–60 (1993)). While several of these candidate genes were thought to be single copy, three of the genes, termed HCG II, IV and VII, were found to be multicopy genes. Thus, despite the advances made in determining the location of the HC gene, it has not yet been isolated.

Animal models for iron overload exist, however, these models are not entirely suitable for the study of hemochromatosis since they do not reflect enhanced iron absorption from the gut by active transport. Mice homozygous for deletion of the gene encoding $\beta_2M$ ($\beta_2$-/-mice (Koller et al., *Science*, 248:1227–1230 (1990); Zijlstra et al., *Nature*, 344:742–746 (1990)) provide an excellent animal model for the study of hemochromatosis. These animals lack detectable class I proteins on the cell-surface, although biochemical labeling shows that class I gene products are being synthesized. Activated lymphocytes from $\beta_2$-/- animals can be lysed by activated natural killer (NK) cells, again suggesting a deficiency in class I expression (Liao et al., *Science*, 253:199–202 (1991)). These mice were originally developed to study the role of $\beta_2M$ in development. While the mice developed and bred normally, they failed to generate significant numbers of CD8+ T cells. Consequently, these mice have been intensely studied from an immunologic perspective.

$\beta_2$-/-mice combat viral infections relatively well, although the course of the infection is longer than in normal animals (Eichelberger et al., *J. Exp Med.*, 174:875–878 (1991); Muller et al., *Nature*, 255:1576–1579 (1992)). They reject allografts (Zijlstra et al., *J. Exp. Med.*, 175:885–889 (1992)) and show higher levels of Ig production and faster class switching of antibody types than normal mice. Although CD8+ T cells are low to undetectable at birth, studies have shown that the animals can generate CD8+ T cells, and a cytotoxic CD8+ T cell response can be mounted under appropriate circumstances (Apasov and Stikovsky, *J. Immunol.*, 152:2087–2097 (1994)). Another significant abnormality reported in these animals is that they develop hyperglycemia (glucose>300 mg/dl) in old age (greater than 2 years). It has been suggested that the onset of diabetes in the $\beta_2$-/- mice is related to autoimmunity (Faustman et al., *Science*, 254:1756–1761 (1991)), however this explanation has been disputed (Serreze et al., *Diabetes*, 43:505–509 (1994); Wicker et al., *Diabetes*, 43:500–504 (1994)).

$\beta_2$-/-mice can develop iron overload that is similar to human hemochromatosis. $\beta_2$-/-mice can spontaneously develop hepatomas. This observation combined with the molecular biology data of the β-GAP genes (see Example I), suggested that the mice would develop iron overload. Histochemical examination of tissues from these mice, confirmed this hypothesis. Iron was found deposited in the liver of all animals, and in the kidneys, spleen and lungs of some of the animals. In addition, 16% of the animals developed liver disease, having either hepatomas or liver necrosis. Thus, the clinical findings for the $\beta_2$-/- deficient mice are sufficiently similar to the pathology of hemochromatosis to make the $\beta_2$-/-mouse an attractive model for the study of a

5,674,681

19

mechanism underlying human hemochromatosis. More importantly, the $\beta_2$-/-mice demonstrate that $\beta_2M$ plays a role in this disease.

The ability of $\beta$-GAP promoters to co-regulate both the $\beta$-GAP gene and a nonclassical class I gene that encodes leczyme, both of which are expressed in the intestine, supports a role for a class I leczyme in hemochromatosis. The nonclassical class I gene regulated by the $\beta$-GAP promoter is a leczyme that can recognize and modify a carbohydrate structure associated with the $\beta$-GAP gene product, the latter of which directly or indirectly binds iron (ie. $\beta$-GAP can be an iron carrier). Disruption of $\beta_2M$ expression results in a loss of regulation of the leczyme function provided by the nonclassical class I molecule, leading to iron overload and hemochromatosis.

A carbohydrate ligand or a leczyme of the present invention can be used to prepare a medicament for the treatment of a disease state such as hemochromatosis, autoimmune disease, transplantation rejection, inflammation or infection. Autoimmune diseases that can be treated by the present invention include systemic autoimmune diseases such as ankylosing spondylitis, multiple sclerosis, rheumatoid arthritis, slceroderma, Sjogren's syndrome or systemic lupus erythematosus, and organ-specific autoimmune diseases such as Addison's disease, Goodpasture's syndrome, Grave's disease, Hashimoto's thyroiditis, idiopathic thrombocytopenia purpura, myasthenia gravis or pernicious anemia. As hemochromatosis in humans is likely mediated by a $\beta$-GAP promoter-driven leczyme, then treatment with a carbohydrate ligand, leczyme or competing molecule with the same or similar binding specificity as the leczyme involved in the disease can be used to modulate the disease process. A carbohydrate ligand that binds the nonclassical class I leczyme involved in hemochromatosis can be administered to inhibit binding to the $\beta$-GAP iron carrier.

A process to follow for using a carbohydrate ligand to treat a disease such as autoimmunity can first require identification of the leczyme that is involved in the disease process. Subsequently, a candidate carbohydrate ligand that can bind to the leczyme is identified by methods disclosed herein. Thus, such candidate carbohydrate ligands can then be tested in vitro to identify those efficient at blocking the autoimmune reaction exhibited when the leczyme on autoreactive immune cells from the diseased individual recognizes a carbohydrate molecule expressed on the cells of the individual that is the target of the autoreactive cell. The autoimmune reaction can be measured by an increase in a cell function such as cell proliferation or release of cytokines (see for example, Coligan et al. supra, 1992; Mishell and Shiigi, supra, 1980). The best candidate carbohydrate ligands can then be used as a medicament to treat the disease.

The methods disclosed herein for the treatment of hemochromatosis are also suitable for the treatment of many other medical diseases or complication resulting from iron overload. Since multiple leczyme genes are involved in mediating control of iron metabolism, the type of mutation, its location in the gene and the number and type of leczyme genes mutated in an individual are factors that can effect the extent of iron overload in an individual. As the extent of iron overload exhibited by an individual is dependent on the above factors, then the methods disclosed herein to treat hemochromatosis are also applicable for treating other diseases resulting from iron overload. Such diseases include, for example, hepatopathy (including cirrhosis, and liver cancer), arthropathy, hypogonadotropic hypogonadism, marrow aplasia, skin disorders, diabetes mellitus, and car-

20

diomyopathy (for review see Halliday and Powell, *Iron and Human Disease,* Lauffer, RB, (ed). 131–160 (1992)).

In order to modulate hemochromatosis or other iron storage disease, the carbohydrate ligand or mimetope is administered in an effective amount. The total effective amount can be administered to a subject as a single dose, either as a bolus or by infusion over a relatively short period of time, or can be administered using a fractionated treatment protocol, in which the multiple doses are administered over a more prolonged period of time. One skilled in the art would know that the concentration of carbohydrate ligand required to obtain an effective dose in a subject depends on many factors including the age and general health of the subject as well as the route of administration and the number of treatments to be administered and the chemical form of the carbohydrate ligand. In view of these factors, the skilled artisan would adjust the particular amount so as to obtain an effective amount for the subject being treated.

A carbohydrate ligand or a leczyme also is useful in vivo for the treatment of autoimmune diseases involving a leczyme. In autoimmune disease, a leczyme expressed on a lymphoid cell can recognize a self-carbohydrate ligand as a foreign carbohydrate ligand, resulting in immune-directed destruction of cells expressing the self-carbohydrate ligand. Thus, administration of a carbohydrate ligand, mimetope or other competing molecule that can bind to the leczyme involved in aberrant self-recognition can block lymphoid cell recognition or activation leading to a reduction in symptoms or cessation of autoimmune disease. Alternatively, administration of a leczyme that has the same or similar binding specificity for the self-carbohydrate ligand recognized by a leczyme of the autoreactive lymphoid cell can also be used to treat the autoimmune disease.

A carbohydrate ligand or a leczyme can be used to treat a disease state resulting from an infectious agent such as a virus, bacterium, yeast or parasite. Infectious agents have evolved to express their own external receptors that can recognize carbohydrate structures or leczymes on the cell-surface, enabling entry of the agent into the cell to be infected. Thus, administration of an appropriate carbohydrate ligand or a leczyme to an individual exposed to an infectious agent can block the binding of the agent to target cells, subsequently inhibiting the extent of infection and thereby reducing the spread of the disease.

A carbohydrate ligand or a leczyme of the present invention can be used to treat transplantation rejection. Since rejection is based on the recognition of foreign molecules by lymphocytes of the transplant recipient, then treatment with a carbohydrate ligand that can bind to the leczyme of the transplant recipient's lymphocyte that is involved in foreign antigen recognition can inhibit recognition leading to transplantation rejection. Also, administration of a leczyme that has the same or similar binding site specificity as the leczyme of a transplant recipient's lymphocyte involved in foreign antigen recognition can inhibit recognition leading to transplantation rejection.

A carbohydrate ligand or leczyme of the present invention is particularly useful when administered as a pharmaceutical composition containing a pharmaceutically acceptable carrier. Pharmaceutically acceptable carriers are well known in the art and include, for example, aqueous solutions such as a physiologically buffered saline or other solvents or vehicles such as glycols, glycerol, oils such as olive oil or injectable organic esters.

A pharmaceutically acceptable carrier can contain physiologically acceptable compounds that act, for example, to

5,674,681

21

stabilize or to increase the absorption of a carbohydrate
ligand or leczyme. Such physiologically acceptable com-
pounds include, for example, carbohydrates, such as
glucose, sucrose, dextrans, antioxidants, such as ascorbic
acid or glutathione, chelating agents, low molecular weight
proteins or other stabilizers or excipients. One skilled in the
art would know that the choice of a pharmaceutically
acceptable carrier, including a physiologically acceptable
compound, depends, for example, on the route of adminis-
tration of the composition.

One skilled in the art would know that a pharmaceutical
composition containing a carbohydrate ligand or leczyme
can be administered to a subject by various routes including,
for example, by direct instillation, orally or parenterally,
such as intravenously, intramuscularly, subcutaneously or
intraperitoneally. The composition can be administered by
injection or by intubation. The pharmaceutical composition
also can be incorporated, if desired, into liposomes or
microspheres or can be microencapsulated in other polymer
matrices (Gregoriadis, *Liposome Technology*, Vol. 1 (CRC
Press, Boca Raton, Fla., 1984), which is incorporated herein
by reference). Liposomes, for example, which consist of
phospholipids or other lipids, are nontoxic, physiologically
acceptable and metabolizable carriers that are relatively easy
to make and administer.

An expression vector encoding a leczyme can be admin-
istered in vivo to treat a disease state resulting from a
leczyme. For example, a disease state resulting from a
mutated leczyme, such as anemia, can be treated by admin-
istering an expression vector encoding a functional leczyme
involved in iron transport and obtaining expression of the
vector in cells of the digestive tract.

The level of expression of a particular leczyme in a cell
can have a impact on the nature of a carbohydrate ligand
expressed by the cell. If expression of a particular carbohy-
drate ligand is involved in a disease process, the ligand can
be eliminated from a cell by reducing the expression of the
leczyme responsible for producing the ligand. Thus, an
expression vector can contain an exogenous nucleic acid
molecule encoding an antisense nucleotide sequence that is
complementary to a nucleotide sequence encoding a portion
of a leczyme such that when introduced into a cell under the
appropriate conditions, the expression vector can produce an
antisense nucleic acid molecule, which can selectively
hybridize to the leczyme gene or message in a cell and,
thereby, affect the expression of the leczyme in the cell. For
example, the antisense nucleic acid molecule can hybridize
to a leczyme gene in the cell and can reduce or inhibit
transcription of the leczyme gene. Also, the antisense mol-
ecule can hybridize to the message encoding the leczyme in
the cell and can reduce or inhibit translation, processing and
cell stability or half-life of the RNA.

Expression vectors also can be used to effect the expres-
sion of a leczyme or of a carbohydrate ligand involved in a
disease state by introducing into a cell an exogenous nucleic
acid molecule encoding a ribozyme that can specifically
cleave RNA encoding the leczyme or peptide backbone of a
carbohydrate ligand. Thus, by introducing the ribozyme into
cells involved in a disease process, one can reduce expres-
sion of the leczyme or carbohydrate ligand involved in the
disease and therefore reduce or inhibit the disease process.
An antisense nucleic acid molecule or a ribozyme can be
chemically synthesized and incorporated into an expression
vector using recombinant DNA techniques. The antisense
nucleic acid molecule or ribozyme also can be added
directly to a cell without having been incorporated into an
expression vector.

22

Methods for introducing an expression vector into cell are
well known in the art. Such methods are described in
Sambrook et al, supra, 1989; Kriegler M. *Gene Transfer and
Expression: A Laboratory Manual* (W. H. Freeman and Co.
New York N.Y. (1990), both of which are incorporated
herein by reference) and, for example, include transfection
methods such as calcium phosphate, electroporation,
lipofection, or viral infection.

Recombinant viral vectors are available for introducing an
exogenous nucleic acid molecule into a mammalian cell and
include, for example, adenovirus, herpesvirus and
retrovirus-derived vectors. For example, a viral vector
encoding a leczyme can be packaged into a virus to enable
delivery of the genetic information and expression of these
leczyme in gastrointestinal epithelial cells following infec-
tion by the virus. Also, a recombinant virus which contains
an antisense sequence or a ribozyme specific for a nucleotide
sequence encoding a leczyme can introduced into a cell in an
individual to inhibit a disease state mediated by the leczyme
or a leczyme with a similar carbohydrate binding specificity.

Recombinant viral infection can be more selective than
direct DNA delivery due to the natural ability of a virus to
infect only certain types of cells. This natural ability for
selective vital infection can be exploited to limit infection to
only certain cell types within a mixed cell population. For
example, adenoviruses can be used to restrict viral infection
principally to cells of epithelial origin. In addition, a retro-
virus can be modified by recombinant DNA techniques to
enable expression of a unique receptor or ligand that pro-
vides further specificity to viral gene delivery. Retroviral
delivery systems that provide high infection rates, stable
genetic integration and high levels of exogenous gene
expression are well known in the art.

As described above, recombinant viral delivery systems
exist that provide the means to deliver genetic information
into a selected type of cell. The choice of viral system will
depend on the desired cell type to be targeted, while the
choice of vector will depend on the intended application.
Recombinant viral vectors are readily available to those in
the art and can be easily modified by one skilled in the art
using standard recombinant DNA methods (see, for
example, Krieger, *Gene Transfer and Expression: A Labo-
ratory Manual,* (W. H. Freeman and Company, 1990);
Goeddel, *Methods in Enzymology, vol.* 185, (Academic
Press, 1990); and Stoker, In *Molec. Virol., A Practical
Approach* (eds. Davison and Elliott, IRL Press, 1993), all
three of which are incorporated herein by reference).

The present invention provides methods for diagnosing a
genetic predisposition for hemochromatosis or other iron
storage diseases based on a leczyme by detecting a mutation
in the heavy chain of a class I MHC molecule encoded for
by a gene in the MHC locus. These methods can be used to
diagnose an individual having the symptoms of an iron
storage disease. A positive diagnosis of mutation in an
individual's heavy chain is useful to verify the underlying
cause of the disease and by identifying the particular lec-
zyme that is mutated. The identification of the mutated
leczyme can be used with the methods disclosed herein to
identify a carbohydrate suitable for treating the disease.

An individual who does not have an iron storage disease,
but is suspected of inheriting a mutation that can predispose
the individual to develop an iron storage disease later in life
can also benefit from having their class I molecules tested
for mutation by the methods disclosed herein.

A mutation that is diagnostic for the disease is one that
results in a significantly reduced affinity of the heavy chain

5,674,681

23

for human $\beta_2$M. For example, a mutation in a nonclassical class I heavy chain that results in deletion of a signal for phosphorylation is a mutation that is diagnostic for hemochromatosis since a properly phosphorylated heavy chain is necessary for the chain to interact with $\beta_2$M. Consensus amino acid sequences that signal a cell to phosphorylate a serine or a threonine residue in a polypeptide are well known in the art. A mutation that is diagnostic for hemochromatosis also can occur in a region of the heavy chain that is near to a phosphorylation site. Such a mutation can reduce the ability of the heavy chain to associate with $\beta_2$M if the phosphate group added to this site cannot be removed in a cell.

Methods to detect a phosphorylation site mutation in a nonclassical class I heavy chain can be based either on analysis of the protein or the nucleic acid encoding the protein. For protein determination, the nonclassical class I molecule can be purified from a source of cells or body fluids of an individual and the heavy chain can be isolated from $\beta_2$M. Methods to purify a class I MHC molecule and isolate the heavy chain from $\beta_2$M are well known in the art. The isolated heavy chain can then be subjected to amino acid sequencing, peptide mapping or other such protein analyses to determine if the sequence a phosphorylation site has been mutated. Such methods for protein determination are well known to those in the art.

A mutation in a nucleic acid sequence can be detected by various methods to analyze nucleic acids such as by nucleic acid sequencing, polymerase chain reaction or hybridization. Such methods are well known to those in the art (see, for example, Sambrook et al, supra, 1989; Hames and Higgins *Nucleic Acid Hybridisation: a practical approach* (IRL Press, New York, 1985), both of which are incorporated herein by reference).

Methods to detect decreased binding of a mutated heavy chain with $\beta_2$M can be used for diagnosing an iron storage disease such as hemochromatosis. In these methods, the heavy chain of an class I MHC molecule is isolated from an individual and contacted with $\beta_2$M under conditions suitable for a non-mutated such heavy chain to associate with $\beta_2$M. A control reaction, which contains a non-mutant form of the same or similar class I heavy chain to the one being tested for a mutation is performed in parallel. After contacting the heavy chain with $\beta_2$M, the reaction is incubated under suitable conditions, including, for example, an appropriate buffer concentration and pH and time and temperature, which is sufficient for the control heavy chain to associate with $\beta_2$M. The heavy chain being tested from the individual is considered to have a mutation diagnostic for an iron storage disease when the fraction of this heavy chain that associates with $\beta_2$M is significantly less than the fraction of control heavy chain that associates with $\beta_2$M.

The association of a class I heavy chain with $\beta_2$M can be detected, for example, by attaching one of the molecules to a solid support and attaching a detectable label such as a radionuclide or a fluorescent label to the other molecule and measuring the amount of detectable label that is associated with the solid support, wherein the amount of label detected indicates the amount of association of the heavy chain with $\beta_2$M.

The following examples are intended to illustrate but not limit the present invention.

## EXAMPLE I

### CLONING AND EXPRESSION OF THE β-GAP GENES

This example provides an approach to identify and clone leczyme genes from various species of animal to elucidate their role in iron metabolic diseases.

24

### Cloning of the Mouse β-Gap Genes

Genomic λ libraries were constructed by partial Hae III digestion of DNA from A/J and Balb/c mouse liver and cloning the fragments into the vector Charon 4A. The libraries were screened with the S15 probe, isolated from the H-2L$^d$ gene (Margulies et al., *Nature*, 295:168–170 (1982), which is incorporated herein by reference)). S15 is a 3' class I MHC mouse probe and consists of 522 base pairs including 36 base pairs of exon 4 encoding the alpha-3 domain and 486 base pairs of intron (Evans et al., *Proc. Natl. Acad. Sci. (USA)*, 79:1994–1998 (1982)). Probes were prepared by excising the insert from M13 RF or pUC18, purifying the fragment from disulfide cross-linked acrylamide gels (Hansen, *Anal. Biochem.* 116:146–151 (1981)), and labeling with $^{32}$P to a specific activity of $>10^8$ cpm/µg by nick translation (Rigby et al., *J. Mol. Biol.* 113:237–251 (1977)). Libraries were screened using standard colony hybridization techniques (for details see Sambrook et al., supra, 1988).

Seventeen unique λ clones were isolated from the libraries and were subjected to restriction enzyme digestion mapping. BamHI digestion and gel electrophoresis of these clones revealed five from the A/J strain and one from the Balb/c stain that contained a unique 500 base pair (bp) BamHI restriction fragment (BB500). The six clones containing the unique fragment were subjected to BAMH1 digestion, the BB500 fragment was gel purified and subcloned into M13 vector Mp18 and mp19 (Yanisch-Perron et al., *Gene* 33:103–119 (1985)). DNA sequences were determined by the chain termination method (Sanger, et al., *Proc. Natl. Acad. Sci. (USA)* 74:5463–5467 (1977)) using $^{35}$S-ATP. Reactions were analyzed on 6% urea-polyacrylamide gradient gels (Biggins et al., *Proc. Natl. Acad. Sci. (USA)* 80:3963–3965 (1983)). DNA sequences were assembled and analyzed using the University of Wisconsin Computer Group Programs (Devereux, et al., *Nucleic Acids Res.* 12:387–395 (1984)) run on a VAX-11/785 computer.

DNA sequence comparisons demonstrated that the BB500 fragments share greater than 93% sequence homology. A region within the BB500 fragment shows 100% sequence homology between the λ clones and has been termed β-GAP (globin analogous promoter) since it is a regulatory motif that shares sequence homology with mouse, rabbit or human β-globin promoters (for a detailed comparison see ahead). There is close similarity between all six fragments (called β-GAP1–6) with the minor exception of β-GAP4 where an 8 base pair sequence AAGAGGAG, immediately downstream of a CCAAT element, has been deleted. There are other minor differences between these sequences, and the λ clones they have been isolated from demonstrate different restriction patterns confirming that the various λ clones contain unique sequences and are not a cloning artifact. Thus, the A/J strain mouse contains at least five highly homologous β-GAP sequences within its genome.

### Mapping the β-GAP Sequences Map to Chromosome 17 in the Mouse

Southern blotting was used to determine if the BB500 sequence could identify genes located on chromosome 17 of the mouse. DNA from several Chinese hamster ovary (CHO) mouse somatic hybrid cell lines were evaluated by Southern blotting using the β-GAP6 BB500 probe. Genomic DNA was isolated from cultured cells, digested with EcoR1, electrophoresed on 0.8% agarose gels and transferred to a nitrocellulose membrane. Hybridization with the BB500 probe was carried out in the presence of dextran sulfate under the conditions described by Meinkof and Wahl (*Anal.*

5,674,681

*Biochem.* 138:267–284 (1985)) with a final wash in 0.2X sodium chloride sodium citrate buffer, pH 7.0 (SSC) at 60° C.

The BB500 probe hybridized with the HM27 cell line containing the DNA from mouse chromosomes 15 and 17 and revealed the same banding pattern as with total genomic BALB/c DNA. The cell line HM65 that lacks BALB/c chromosome 17 was devoid of hybridizable bands, indicating that the probe did not bind nonspecifically to CHO DNA. DNA from other CHO cell lines containing mouse chromosomes other than chromosome 17 were examined by Southern blotting with the BB500 probe and were found to be negative (not shown). These results indicate that the β-GAP sequences all map to mouse chromosome 17 in the mouse.

Mapping the β-GAP Sequences to the Murine Q/
TL Complex

The fact that the β-GAP sequences were isolated from the mouse genome provided several powerful tools to precisely map the location of the sequences. First, the murine MHC is highly characterized, particularly with respect to the nonclassical class I region and, secondly, congenic strains of mice exist where the position of genes in the MHC can be pinpointed. Congenic strains were originally developed by breeding strains of inbred mice together. Subsequent generations of chromosomal crossing over has produced a number of strains which contain a portion of the MHC from one strain and the remainder of the MHC from another strain. Consequently, it is possible to compare restriction fragment length polymorphism (RFLP) between the strains, and determine if the banding patterns are linked to a given MHC locus (for review see Klein, *Natural History of the Major Histocompatibility Complex,* 50–73 (1986)). RFLP analysis was performed by obtaining purified genomic DNA

between Q1 and Q4 while the 20 kb and 16 kb β-GAP bands mapped to the T region. In addition, two of the β-GAP sequences that did not demonstrate RFLP polymorphism were mapped telomeric to the classical class I genes.

Locating the β-GAP Sequences Directly Adjacent
to Nonclassical Class I Genes

The two of the β-GAP gene sequences that were mapped to the Q region between Q1 and Q4, were directly linked to Q1 and Q2 by DNA sequence analysis of Q1 and Q2 genes isolated from a C57BL/6 (H-2$^b$) λ library. Sequencing showed that both the Q1 and Q2 genes are associated in a head to head configuration with an unknown gene (currently defined as the β-GAP gene) with both genes transcriptionally regulated by a single promoter/enhancer region having two promoters defined by a pair of CAAT and TATA boxes located about 25 bp apart on opposite strands of the DNA. Thus, having intact promoters and a common regulatory region, the class I and β-GAP genes would be transcribed from opposite strands, with the class I genes Q1 or Q2 transcribed from 5' to 3' on the top strand and the β-GAP gene transcribed from 5' to 3' on the bottom strand.

The sequence analysis of Q1 and Q2 genes from C57BL/6, as well as a TL gene from A/J (H-2$^a$, Watts et al. *EMBO J.* 8:1749–1759 (1980)) indicated that β-GAP promoter and regulatory regions had replaced the typical classical class I-type 5' regulatory sequences known to be involved in the regulation of classical class I genes. The β-GAP promoter is an active promoter since it is known that the Q2 gene expresses a gene product that can be detected in the intestine (Wang et al., *Immunogenet.,* 38:370–372 (1993)). These results indicate that the β-GAP promoter regulates the expression of some nonclassical class I genes.

TABLE 1

COMPARISON OF SOUTHERN BLOT ANALYSIS OF EcoRI DIGESTS OF
MURINE DNA USING THE BB500 LOW COPY NUMBER
PROBE WITH GENETIC MAPS OF VARIOUS ALLOGENEIC
AND CONGENIC STRAINS.

| STRAIN | MHC REGION | | | | ECORI BAND SIZE (kb) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K | D | Q | T | 30 | 20 | 16 | 14.5 | 13 | 10.5 | 9.2 | 8.0 | 7.8 | 7.5 |
| B6, B10 | b | b | b | b | + | | + | + | | | | | + | + |
| B6, K1 | b | b | k | k | | | + | + | | + | | | + | + |
| B6, K2 | b | b | bk | k | | | + | + | | | | | + | + |
| AKR | k | k | k | k | | | + | + | | + | | | + | + |
| B6, K3 | k | k | b | a | + | + | | + | | | | | + | |
| B6, K4 | k | k | k | a | | + | | + | | + | | | + | + |
| B6-H-2$^k$ | k | k | k | k | | | + | + | | + | | | + | + |
| B6-Tla$^a$ | b | b | b | a | + | + | | + | | | | | + | + |
| A/J | k | d | a | a | | | + | | | + | + | | + | + |
| Balb/cJ | d | d | d | d | | + | + | + | | + | + | | + | |
| B10, A | k | d | a | a | | | + | | | + | + | | + | |
| A-Tla$^b$ | k | d | a | b | | | + | | | + | + | | + | |

from the various mouse strains, digesting the DNA with EcoRI and performing Southern hybridization with the β-GAP6 BB500 probe as described above. The Southern blot showed that the probe identified up to ten different bands from the DNA of the mouse strains tested (Table 1). Four of these bands, 30 kb, 20 kb, 16 kb and 10.5 kb, were mapped within the MHC locus. The RFLP analysis indicated that there were at least four to six copies of the β-GAP sequences/genome depending on the strain of mouse tested. In addition genetic analysis of the RFLP patterns indicated that the 30 kb and 10.5 kb β-GAP bands mapped to Q region

Head to head gene structure with co-regulation of the genes has been previously described in organisms ranging from bacteria to humans, indicating that co-regulation is a widely adopted strategy. (Brickman et al., *J. Molec. Biol.,* 212:669–682 (1990); Xu and Doolittle, *Proc. Natl. Acad. Sci. (USA),* 87:2097–2101 (1990); Lennard and Fried, *Molec. Cell. Biol.,* 11:1281–1294 (1991); Heikkila et al., *J. Biol. Chem.,* 268:24677–24682 (1993); Fererjian and Kafatos, *Dev. Biol.,* 161:37–47 (1994); Sun and Kitchingman, *Nucleic Acids Res.,* 22:861–868 (1994)). In both prokaryotic and eukaryotic systems, interaction

5,674,681

27

between, or linkage in a metabolic pathway of two gene products has been suggested (Galvalas, et al., *Mol. Cell. Biol.*, 13:4784–4792 (1993); Lightfoot et al., *Br. J Cancer*, 69:264–2673 (1994)). It should be noted that in the β-GAP clones so far studied, the Q1 and Q2 genes still possesses their own CAAT and TATA elements, and it is only the typical classical class I regulatory enhancer regions which are absent.

### Conservation of the β-GAP Sequences Across Species

To demonstrate that the β-GAP sequences are conserved, and that various species, including human, contain multiple copies of these genes a "Zoo blot" of various species of genomic DNAs was digested with EcoRI and analyzed by Southern blotting using the murine β-GAP6 BB500 probe. Under low stringency the blot showed detection of a multiplicity of bands in DNA from human, rat, mouse, dog, rabbit and monkey. This indicates that multiple copies of the β-GAP sequences were found in many species including in human. In addition, the conservation of the β-GAP multigene family predates speciation of murine and human and therefore is not the product of a recent gene duplication or rearrangement. The demonstration of interspecies sequence homology is significant because, in general, exons and regulatory regions tend to be conserved. Thus, the pattern of specific regions of retained homology suggests that the β-GAP sequences are retained by selective pressure.

### Homology Between The β-GAP Sequences and the Promoters for β-globin

Sequences within all six of the 500 bp β-GAP clones show striking sequence and positional homology to mouse, rabbit and human β-globin promoter regulatory elements. Important regulatory elements within a 106 bp region of the β-globin promoter have been characterized (Myers et al., *Science* 232:613–618 (1986); Stuve and Myers, *Mol. Cell Biol.* 6:3350–3358 (1990)). Using saturation mutagenesis and 5' deletion promoters, Myers and his colleagues constructed a series of mutants that were used to identify four regulatory sequences. The four regulatory motifs were located between positions −95 and −26 which contain a CACCC element (positions −95 to −87), CCAAT and TATA box motifs at positions −79 to −72 and −30 to −26, respectively, and a 11 bp repeat element located between the CCAAT and TATA boxes (positions −53 to −32) that contains 2 imperfect duplicated repetitive elements (βDRE). The fact that these βDRE are essential for the expression of globin genes has been shown by deletional studies.

Comparison of the six 500 bp β-GAP sequences with the β-globin promoter sequences from various species showed several striking sequence homologies to β-globin regulatory elements. Analysis of the β-GAP sequence in this region revealed 5 regulatory motifs found in the β-globin promoters. These include the 5' CACCC erythroid element between positions −127 to −123, CCAAT and TATA box motifs between positions −109 to −105 and −30 to −26, respectively, the cap consensus sequence positions −13 to −10, and a fifth and more complex regulatory element involved a β-globin βDRE of a 10 and 11 bp sequence (base pair numbering was determined from sequence alignments with gaps inserted and does not reflect the true base pair position from the transcriptional start site).

In all the β-GAP clones, two of the four βDRE regulatory motifs were flanked by the CCAAT and TATA elements between positions −54 and −32, while two other βDREs

28

were found immediately upstream of the TATA box (positions −11 to +1 and +3 to +12). All of these βDRE were conserved in sequence, and moreover, two of them were conserved in position (−54 and −32). It is significant that the βDREs conserved in β-GAP were conserved in globins from multiple species (mouse, rabbit, chicken and human) covering more than 100 million years of evolution. This observation of evolutionary conservation indicates the β-GAP genes are old genes.

A final putative regulatory motif from the β-GAP clones was AGATAA (nucleotides −82 to −77), which is identical to the DNA consensus sequence for the transcriptional binding factors NF-E1. This family of DNA binding proteins (NF-E1a, b, and c) are involved in the erythroid and/or T-cell specific expression of many genes, including mouse and chicken adult β-globin, the heme pathway enzyme porphobilinogen (PGB) deaminase, the T-cell receptor and the leukemia virus HTLV III.

A closer inspection of the regions of homology between the β-GAP and mouse β-globin promoters reveals several features: 1) 18 of 26 base pairs match at positions −35 to −10 encompassing the consensus TATA motif (Bucher, *J. Mol. Biol.* 212:563–578 (1990)); 2) a region encompassing the β-GAP CCAAT box, positions −113 to −109 contains the β-globin regulatory element CACCC which has been shown to be essential for the appropriate expression of β-globin in erythroid cells; 3) a perfect match of the CCAAT element exists at positions −109 to −105; 4) the fourth matching region encompasses a βDRE element, located between the CCAAT and TATA boxes at positions −64 to −45 (this region contains 16 of 19 bp matches with no gaps); and 5) a consensus cap site sequence as defined by Bucher (Bucher, supra, 1990) and a putative transcriptional start site is identified at nucleotides −13 to +1.

Several other putative regulatory sequences are apparent in the β-GAP promoter. Between positions −68 and −37 and beginning 5 nucleotides distal of the TATA element are 4 palindromes. The 5 base pair repeat TCAGA appears twice within 24 base pairs. These repeats flank and are found within a globin-like imperfect direct repeat element (positions −57 to −47). Two longer palindromes with imperfect dyad symmetry of 12 bp, and 15 bp, positions −67 to −56 and −51 to −37, respectively, contain smaller internal palindromes of 7 bp, CCTCAGG (−66 to −60) and 5 bp repeat, TCAGA (−46 to −42), respectively. This β-GAP 33 bp βDRE-like region combining the two large 12 and 15 bp imperfect palindromes, the β-globin imperfect direct repeat element and the two TCAGA palindromic repeats shows about 50% (16/33) nucleotide sequence homology to the mouse β-globin promoter.

### Expression of Genes Immediately Downstream From the β-GAP Sequences in the Gastrointestinal Tract

The pattern of specific regions of retained homology between the β-globin regulatory motifs and β-GAP promoters suggests: 1) the sequences have diverged from a common ancestral gene; and 2) the preserved regions in the β-GAP sequences play a critical role in the regulation of expression of their respective genes. Furthermore, the homology to promoters for genes intimately involved in iron metabolism, the occurrence of erythroid specific regulatory sequences, and the close proximity of these genes to the human locus responsible for hemochromatosis, indicates a role for the β-GAP genes in iron metabolism.

To demonstrate that the β-GAP promoters regulate downstream messages, it is imperative to show that the associated

5,674,681

| 29 | 30 |

genes encode transcribable messages. Moreover, such messages should be expressed in tissues involved in iron absorption, i.e. the gastrointestinal tract, if they are to be involved in the pathogenesis of hemochromatosis.

Northern blotting was performed with poly A+ RNA from various organs including the gastrointestinal tract. The blot was developed using two probes derived from a β-GAP (Q2$^b$) cosmid clone. Total cellular RNA was prepared by the TRIzoI™ Reagent method according to the manufacturer's instruction (Gibco/BRL, Gaithersburg, Md.). poly A+ or mRNA was purified by oligo dT cellulose chromatography (Strategene, San Diego, Calif.). RNA was analyzed on formaldehyde-agarose gels and transferred to Zeta Bind membranes as previously described (Evans, et al., *Proc. Natl. Acad. Sci.* (*USA*) 81:5532–5536 (1984)). The cosmid clone containing a β-GAP sequence that was used for the probe was obtained from a λ library. The clone was digested with ApaLI and KpnI to yield a 10 kb fragment. The fragment was partially digested with BamHI to yield a 2 kb probe encompassing the β-GAP sequences and a 8 kb probe piece further downstream containing the coding sequences for a β-GAP gene.

Northern blotting with the 2 kb probe showed the presence of polydisperse messages produced in tissues from stomach, duodenum, jejunum, spleen and liver, principally of 5 kb and 8 kb in size. The kidney showed less polydispersity with only the 8 kb band predominating. These results indicate that β-GAP promoter and upstream β-GAP coding sequences are expressed in the gastrointestinal tract and are associated with members of a multigene family of which the 5 Kb message of the jejunum is most prominent. The fact that this probe also recognized a band in the liver, spleen, kidney and stomach, suggested that related members of a β-GAP family can be functioning in other tissues. The downstream 8 Kb probe identified a band about 5 kb in jejunum which was absent in from the kidney polyA+ RNA. This result indicates that downstream β-GAP coding sequences are less conserved and can be restricted in expression.

The size and complexity of the β-GAP mRNA products detected by northern blotting is consistent with β-GAP genes coding for a family of large proteins. These characteristics are more like those of a mucin protein family rather than an ion transport family of molecules. The homology to β-globin promoters, the occurrence of erythroid specific regulatory sequences and close proximity of nonclassical class I and β-GAP genes to the locus responsible for hemochromatosis in humans, an inheritable disease of iron metabolism indicates a role for the β-GAP genes and the nonclassical class I genes in iron metabolism. With this information in hand and the facts disclosed herein that β₂M-knockout mice have an unusually high incidence of hepatomas led to the understanding that these mice have a metabolic and pathological condition similar to hemochromatosis.

### Isolation of Murine β-GAP cDNAs from a Mouse Jejunal Library

The 2 kb β-GAP cosmid probe was used to screen a mouse jejunal cDNA library (Strategene λ ZAP Express kit). Northern blots suggested that the messages recognized by the β-GAP probe were abundant (bands were visible after only three hours of exposure) and this observation was confirmed upon screening the library. Approximately 0.5% of the clones gave a positive signal on the initial screening. 30 positive clones were picked and rescreened, and 26 positive clones were picked from the secondary screen. The

murine clones ranged in size from approximately 2 kb to >8 kb, and the size of the inserts corresponded to the bands seen by northern blotting with the 2 kb probe.

DNA purified from the selected murine cDNA clones were digested with EcoRI and subjected to Southern blot analysis. The blot was probed with the 2 kb β-GAP cosmid probe, and 5 were found to be positive indicating they contained β-GAP genes. These β-GAP clones are nearly full length cDNA since they were quite large and since they were isolated with a 5' β-GAP probe.

### Cloning of the Human β-Gap Genes

A human genomic DNA library produced in sCOS cosmid vector was prepared as described previously for producing a mouse genomic library in sCOS (Strategene, San Diego Calif.). The isolation of the human β-GAP genes from the human sCOS cosmid library was performed by screening clones with a class I MHC probe. The probe was generated from exons 4 and 5 of the HLA-A2 gene, which encodes the highly conserved β₂M binding domain and the transmembrane region. Twenty five putative clones containing class I sequences were detected, and the Cosmids from these clones were purified, cut with the restriction enzyme EcoRI, run on a 0.7% agarose gel and blotted onto a charged nylon membrane. The blot was hybridized with the class I probe, striped and rehybridized with the 2 kb β-GAP probe. Three unique clones were found that reacted with both the murine β-GAP probe and the human class I probe. This result indicates that the human β-GAP genes can be isolated and have a genomic structure with a closely linked class I gene as was observed in mice and rats.

### EXAMPLE II

### β₂M KNOCKOUT MICE DEVELOP IRON OVERLOAD SIMILAR TO HEMOCMROMATOSIS

This example provides a method to analyze iron deficiency in an animal model where an MHC-encoded leczyme function has been genetically deleted. In addition, these mice are useful for evaluating the in vivo utility of carbohydrate ligands on the treatment of hemochromatosis and various iron related diseases such as atherosclerosis, arthritis or cancer.

The data concerning iron overload in the β₂M knockout mice is contained in Rothenberg and Voland, 1994. Histologic examination of tissues from 12–18 month old knockout mice, contained on a standard diet, revealed evidence of hepatic necrosis. Iron stains of the tissues revealed iron deposition in the liver of all animals, and in the kidney, or the lung of approximately 10% of the animals. The standard diet contains 350 mg/kg Ferric carbonate. When animals were placed on a "breeder diet", which contains in addition to ferric carbonate, 10 mg/kg ferrous sulfate, iron stores rose dramatically. Iron deposition in the animals was also age related with the highest levels of iron seen in the oldest animals. Together these data indicate that the β₂M-knockout mice develop iron overload that is diet and age related. In addition we have shown that the animals develop hepatomas and others have reported that older animals develop diabetes (Faustman et al., *Science* 254: 1756–1761 (1991)). This constellation of pathologies mirrors human hemochromatosis.

Although the invention has been described with reference to the examples provided above, it should be understood that various modifications can be made without departing from

5,674,681

31

the spirit of the invention. Accordingly, the invention is limited only by the claims.

I claim:

1. A method to identify an individual having or predisposed to having hemochromatosis, comprising the steps of:

   a. providing a nonclassical MHC class I heavy chain from the individual; and

   b. detecting an association of said heavy chain with said β2 microglobulin, wherein a reduced association of said heavy chain with said β2 microglobulin compared to the association of a control heavy chain with said β2 microglobulin identifies said individual as having or predisposed to having hemochromatosis.

2. A method to identify an individual having or predisposed to having hemochromatosis, comprising the steps of:

   a) providing from the individual a sample containing a gene encoding a nonclassical MHC class I heavy chain, and

   b) detecting a mutation in said gene, which mutation results in the reduced ability of said heavy chain to associate with said $\beta_2$ microglobulin, wherein the presence of said mutation identifies said individual as having or predisposed to having hemochromatosis.

32

3. The method of claim 2, wherein said mutation eliminates a signal for the addition of a phosphate group.

4. The method of claim 2, wherein said mutation eliminates the ability of a phosphate group in said heavy chain to be de-phosphorylated in a cell.

5. The method of claim 2, wherein said mutation is determined by nucleic acid sequencing.

6. The method of claim 2, wherein said mutation is determined by polymerase chain reaction.

7. The method of claim 2, wherein said mutation is determined by nucleic acid hybridization.

8. The method of claim 2, wherein said mutation is in a sequence of said gene encoding an α3 domain.

9. The method of claim 2, wherein said sample comprises an epithelial cell.

10. The method of claim 1 or claim 2, wherein said nonclassical MHC class I heavy chain is HLA-X, HLA-E, HLA-J, HLA-H, HLA-G, or HLA-F.

11. The method of claim 1 or claim 2, wherein said nonclassical MHC class I heavy chain is CD1.

\* \* \* \* \*

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 5,674,681

DATED          : October 7, 1997

INVENTOR(S) : Rothenberg

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 31, line 8,   replace "with said" with   --"with a"--.

Column 31, line 21,  replace "with said" with   --"with a"--.

Signed and Sealed this

Sixteenth Day of November, 1999

*Attest:*

Q. TODD DICKINSON

*Attesting Officer*          *Acting Commissioner of Patents and Trademarks*

# EXHIBIT B

US006355425B1

(12) **United States Patent**
Rothenberg et al.

(10) Patent No.: **US 6,355,425 B1**
(45) Date of Patent: **Mar. 12, 2002**

(54) **MUTATIONS ASSOCIATED WITH IRON DISORDERS**

(75) Inventors: **Barry E. Rothenberg**, Delmar; **Ritsuko Sawada-Hirai**, San Diego, both of CA (US); **James C. Barton**, Birmingham, AL (US)

(73) Assignee: **Billups-Rothenberg, Inc.**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/277,457**

(22) Filed: **Mar. 26, 1999**

(51) Int. Cl.[7] ............................ C12Q 1/68; C07H 21/02

(52) U.S. Cl. ......................................... 435/6; 536/22.1

(58) Field of Search .................. 435/6, 91.2; 536/22.1, 536/23.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,946,778 A | 8/1990 | Ladner et al. | 435/69.6 |
| 5,705,343 A | 1/1998 | Drayna et al. | 435/6 |
| 5,712,098 A | 1/1998 | Tsuchihashi et al. | 435/6 |
| 5,877,015 A | 3/1999 | Hardy et al. | 435/325 |
| 5,879,892 A | 3/1999 | Van Baren et al. | 435/6 |
| 5,879,904 A | 3/1999 | Brechot et al. | 435/69.1 |
| 5,879,908 A | 3/1999 | Laping et al. | 435/69.1 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 98/14466 | 4/1998 | C07H/21/04 |

OTHER PUBLICATIONS

Beutler, et al., "HLA–H and Associated Proteins in Patients with Hemochromatosis" *Mol. Med.*, vol. 3, No. 6, pp. 397–402 (Jun. 1997).

Douabin et al., "Polymorphisms in the HFE Gene" *Hum. Hered.*, vol. 49, No. 1, pp. 21–26 (Jan. 1999).

Sanchez et al., Prevalence of the Cys282Tyr and His63Asp HFE gene mutations in Spanish patients with hereditary hemochromatosis and in controls; Journal of Hepatology 1998; pp. 725–728.

Wenz et al.; A rapid automated SSCP multiplex capillary electrophoresis protocol that detects the two common mutations implicated in hereditary hemochromatosis (HH); Hum. Genet., vol. 104, No. 1, 1999; pp. 29–35.

Bernard et al., Homogeneous Multiplex Genotyping of Hemochromatosis Mutations with Fluorescent Hybridization Probes, Am. J. Pathology, vol. 153, No. 4, Oct., 1998. pp. 1055–1061.

Mura et al., HFE Mutations Analysis in 711 Hemochromatosis Probands: Evidence for S65C Implication In Mild Form of Hemochromatosis; BLOOD, vol. 93, No. 8, 1999. pp. 2502–2505.

Barton et al., Two Novel Missense Mutations of the HFE Gene (1105T and G93R) and Identification of the S65C

Mutation in Alabama Hemochromatosis Probands, Blood Cells, Molecules, and Diseases, vol. 25, No. 9, 1999. pp. 147–155.

Sosnowski et al., Rapids determination of single base mismatch mutations in DNA hybrids by direct electic field control, Proc. Natl. Acad. Sci. USA, vol. 94, pp. 1119–1123, Feb. 1997.

Edman et al., Electic field directed nucleic acid hybridization on microchips, Nucleic Acids Research, 1997, vol. 25, No. 24, pp. 4907–4914.

Cheng et al., Prepartion and hybridization analysis of DNA/ RNA from *E. coli* on microfabricated bioelectric chips, Nature Biotechnology, vol. 16, pp. 541–546, Jun. 1998.

Lebron et al., "Crystal Structure of the Hemochromatosis Protein HFE and Characterization of Its Interaction with Transferrin Receptor", vol. 93, 111–123, Apr. 3, 1998.

Bjorkman et al., "The foreign antigen binding site and T cell recognition regions of class I histocompatibility antigens", Nature vol. 329, Oct. 8, 1987.

Fargion et al., "Genetic Hemochromatosis in Italian patients with porphyria cutanea tarda", Journal of Hepatology 1996; 24:564–569.

Bulaj et al., "Clinical and Biochemical Abnormalties in People Heterozygous for Hemochromatosis", N.E. Journal of Medicine, Dec. 1996, vol. 335, No. 24, pp. 1799–1805.

Roberts et al., "The Frequency of Hemochromatosis–Associated Alleles Is Increased in British Patients With Sporadic Porphyria Cutanea Tarda", Hepatology vol. 25, No. 1, 1997, pp. 159–161.

Roberts et al, "Increased frequency of the haemochromatosis Cys282Tyr mutation in sporadic porphyria cutanea tarda", The Lancet 1997; 349: 321–23.

O'Reilly et al., "Screening of Patients With Iron Overloan to Identify Hemochromatosis and Porphyria Cutanca Tarda", Arch Dermatol/vol. 133, Sep. 1997 pp. 1098–1101.

Sampietro et al., "High Prevalence of the His63Asp HPE Mutation in Italian Patients With Porphyria Cutanea Tarda", Hepatology vol. 27, No. 1, 1998.

Lefkowitch, MD, "Iron–Rich Foci in Chronic Viral Hepatitis", Human Pathology, vol. 29, No. 2 Feb. 1998 pp. 116–118.

Mark Worwood, "Revisiting various iron overload syndromes after the haemochromatosis gene discovery", Journal of Hepatology, 1998; 28: 26–27.

Stuart et al., "The C282Y mutation in the haemochromatosis gene (HFE) and hepatitis C virus infection are independent cofactors for porphyria . . . ", Jour. of Hepatology, 1998; 28: 404–409.

(List continued on next page.)

*Primary Examiner*—Eggerton Campbell
(74) *Attorney, Agent, or Firm*—Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.; Ingrid Beattie, Ph.D.

(57) **ABSTRACT**

The invention features a method of diagnosing an iron disorder, e.g., hemochromatosis, or a genetic susceptibility to developing such a disorder in a mammal by determining the presence of a mutation in exon 2 or in an intron of an HFE nucleic acid.

**53 Claims, 3 Drawing Sheets**

## US 6,355,425 B1

Page 2

### OTHER PUBLICATIONS

Bonkovsky et al., "Porphyria Cutanea Tarda, Hepatitis C, and HFE Gene Mutations in North America", Hepatology Jun. 1998; vol. 27, No. 6, pp. 1661–1669.

Mendez et al., "Familial Porphyria Cutanea Tarda: Characterization of Seven Novel Uroporphyrinogen . . . ", Am. J. Hum. Genet. 63:1363–1375, 1998.

Agnes et al., "Strongly increased effeciency of altered peptide ligands by mannosylation", International Immunology, vol. 10, No. 9 pp. 1299–1304, 1998.

Walter Gerhard, "Fusion of Cells in Suspension and Outgrowth of Hybrids in Conditioned Medium", Plenum Press, Fusion Protocols, pp. 370–371, 1980.

Kohler et al., "Continuous cultures of fused cells secreting antibody of predefined specificity", Nature vol. 256, Aug. 7, 1975 pp. 495–497.

Ghose et al., "Strategy for Linkage of Cytotoxic Agents", Methods in Ezzymology, vol. 93, 1983, 1983. pp. 281–333.

Feder et al., "The Hemochromatosis Founder Mutation in HLA–H Disrupts . . . ", Journal of Biological Chemistry vol. 272, No. 22, pp. 14025–14028, 1997.

Edman et al., "Electric field directed nucleic acid hybidiaztion on microchips", Nucleic Acids Research, 1997, vol. 25, No. 24, 1997.

Cheng et al., "Preparation and hybridization analysis on DNA/RNA from *E. coli* microfabricated bioelectronic chips", Nature Biotechnology, vol. 16, No. 6, Jun. 1998, pp. 541–546.

Bernard et al., "Homogeneious Multiplex Genotyping of Hemochromatosis Mutations with Fluorescent Hybridization Probes", American Journal of Pathology, vol. 153, No. 4, 1998.

Nikiforov et al., Genetic Bit Analysis: a solid phase method for typing signle nucleotide polymorphisms Nucleic Acids Research, 1994, vol. 22, No. 2 4167–4175.

Rust et al., "Mutagenically separated PCR (MS–PCR): a highly specific one step procedure for easy mutation detection", Nucleic Acids Research, 1993, vol. 21, No. 16 3623–3629.

Nickerson et al. "Automated DNA diagnostic using an ELISA–based oligonucleotide ligation assay", Proc. Natl. Acad. Sci. USA, vol. 87, pp. 8923–8927, 1990.

Clevers et al., "Mutations of the hereditary hemochromatosis candidate gene HLA–H in porphyria cutanea tarda" N. Engl. Med 1997 May 1;336(18):1327–8.

FIG. 1



**FIG. 2**



FIG. 3

US 6,355,425 B1

1

# MUTATIONS ASSOCIATED WITH IRON DISORDERS

## BACKGROUND OF THE INVENTION

Hemochromatosis is the most common progressive (and sometimes fatal) genetic disease in people of European descent. Hemochromatosis is a disease state characterized by an inappropriate increase in intestinal iron absorption. The increase can result in deposition of iron in organs such as the liver, pancreas, heart, and pituitary. Such iron deposition can lead to tissue damage and functional impairment of the organs.

In some populations, 60–100% of cases are attributable to homozygosity for a missense mutation at C282Y in the Histocompatibility iron (Fe) loading (HFE) gene, a major histocompatibility (MHC) non-classical class I gene located on chromosome 6p. Some patients are compound heterozygotes for C282Y and another mutation at H63D.

## SUMMARY OF THE INVENTION

The invention is based on the discovery of novel mutations which are associated with aberrant iron metabolims, absorption, or storage, or in advanced cases, clinical hemochromatosis. Accordingly, the invention features a method

2

of diagnosing an iron disorder, e.g., hemochromatosis or a genetic susceptibility to developing such a disorder, in a mammal by determining the presence of a mutation in exon 2 of an HFE nucleic acid. The mutation is not a C→G missense mutation at position 187 of SEQ ID NO:1 which leads to a H63D substitution. The nucleic acid is an RNA or DNA molecule in a biological sample taken from the mammal, e.g. a human patient, to be tested. The presence of the mutation is indicative of the disorder or a genetic susceptibility to developing it. An iron disorder is characterized by an aberrant serum iron level, ferritin level, or percent saturation of transferrin compared to the level associated with a normal control individual. An iron overload disorder is characterized by abnormally high iron absorption compared to a normal control individual. Clinical hemochromatosis is defined by an elevated fasting transferrin saturation level of greater than 45% saturation.

For example, the mutation is a missense mutation at nucleotide 314 of SEQ ID NO:1 such as 314C which leads to the expression of mutant HFE gene product with amino acid substitution I105T. The I105 T mutation is located in the α1 helix of the HFE protein and participates in a hydrophobic pocket (the "F" pocket). The alpha helix structure of the α1 domain spans residues S80 to N108, inclusive. The I105T mutation is associated with an iron overload disorder.

### TABLE 1

| Human HFE cDNA sequence |
| --- |
| atgggccg cgagccaggc |
| cggcgcttct cctcctgatg cttttgcaga ccgcggtcct gcaggggcgc ttgctgcgtt |
| cacactctct gcactacctc ttcatgggtg cctcagagca ggaccttggt ctttccttgt |
| ttgaagcttt gggctacgtg gatgaccagc tgttcgtgtt ctatgatcat gagagtcgcc |
|                                                            H63D    S65C |
| gtgtggagcc ccgaactcca tgggtttcca gtagaatttc aagccagatg tggctgcagc |
| tgagtcagag tctgaaaggg tgggatcaca tgttccactgt tgacttctgg actattatgg |
|                          G93R                                                            I105T |
| aaaatcacaa ccacagcaag gagtcccaca ccctgcaggt catcctgggc tgtgaaatgc |
| aagaagacaa cagtaccgag ggctactgga agtacgggta tgatgggcag gaccaccttg |
| aattctgccc tgacacactg gattggagag cagcagaacc caggggcctgg cccaccaagc |
| tggagtggga aaggcacaag attcgggcca ggcagaacag ggcctacctg gagagggact |
| gccctgcaca gctgcagcag ttgctggagc tggggagggg tgttttggac caacaagtgc |
| ctccttggt gaaggtgaca catcatgtga cctcttcagt gaccactcta cggtgtcggg |
| ccttgaacta ctacccccag aacatcacca tgaagtggct gaaggataag cagccaatgg |
| atgccaagga gttcgaacct aaagacgtat tgcccaatgg ggatgggacc taccagggct |
| ggataacctt ggctgtaccc cctggggaag agcagagata tacgtgccag gtgagcacc |
| caggcctgga tcagcccctc attgtgatct gggagccctc accgtctggc accctagtca |
| ttggagtcat cagtggaatt gctgtttttg tcgtcatctt gttcattgga atttgttca |
| taatattaag gaagaggcag ggttcaagag gagccatggg gcactacgtc ttagctgaac |
| gtgagtgaca cgcagcctgc agactcactg tgggaaggag acaaaactag agactcaaag |
| aggggagtgca tttatgagct cttcatgttt caggagagag ttgaacctaa acatagaaat |
| tgcctgacga actccttgat tttagcctte tctgttcatt tcctcaaaaa gatttcccca |
| tttaggtttc tgagttcctg catgccggtg atccctagct gtgacctctc ccctggaact |

US 6,355,425 B1

3          4

## TABLE 1-continued

### Human HFE cDNA sequence

```
gtctctcatg aacctcaagc tgcatctaga ggcttccttc atttcctccg tcacctcaga

gacatacacc tatgtcattt catttcctat ttttggaaga ggactcctta aatttgggg

acttacatga ttcattttaa catctgagaa aagctttgaa ccctgggacg tggctagtca

taacttacc agatttttac acatgtatct atgcattttc tggacccgtt caactttcc

tttgaatcct ctctctgtgt tacccagtaa ctcatctgtc accaagcctt ggggattctt

ccatctgatt gtgatgtgag ttgcacagct atgaaggctg tgcactgcac gaatggaaga

ggcacctgtc ccagaaaag catcatggct atctgtgggt agtatgatgg gtgtttttag

caggtaggag gcaaatatct tgaaaggggt tgtgaagagg tgtttttct aattggcatg

aaggtgtcat cacgatttgc aaagtttaat ggtgccttca tttgggatgc tactctagta

ttccagacct gaagaatcac aataattttc tacctggtct ctccttgttc tgataatgaa

aattatgata aggatgataa aagcacttac ttcgtgtccg actcttctga gcacctactt

acatgccatta ctgcatgcac ttcttacaat aatttatga gataggtact attatccccca

tttctttttt aaatgaagaa agtgaagtag gccgggcacg gtggctcgcg cctgtggtcc

cagggtgctg agattgcagg tgtgagccac cctgcccagc cgtcaaaaga gtcttaatat

atatatccag atggcatgtg tttactttat gttactacat gcacttggct gcataaatgt

ggtacaacca ttctgtcttg aagggcaggt gcttcaggat accatataca gctcagaagt

ttcttcttta ggcattaaat tttagcaaag atatctcatc tcttcttta aaccatttc

tttttttgtg gttagaaaag ttatgtagaa aaaagtaaat gtgatttacg ctcattgtag

aaaagctata aaatgaatac aattaaagct gttatttaat tagccagtga aaaactatta

acaacttgtc tattacctgt tagtattatt gttgcattaa aaatgcatat actttaataa

atgtacattg tattgtaaaa aaaaaa
```

(SEQ ID NO:11 GENBANK® Accession No. U60319)

## TABLE 2

### Human HFE gene product

```
MGPRARPALLLLMLLQTAVLQG

RLLRSHSLHYLFMGASEQDLGLSLFEALGYVDDQLFVFYDHESRRVEPRTPWVSSISSQ

MWLQLSQSLKGWDHMFTVDFWTIMENHNHSKESHTLQVILGCEMQEDNSTEGYWKYGYDG

QDHLEFCPDTLDWRAAEPRAWPTKLEWERHKIRARQNRAYLERDCPAQLQQLLELGRGVL

DQQVPPLVKVTHHVTSSVTTLRCRALNYYPQNITMKWLKDKQPMDAKEFEPKDVLPNGDG

TYQGWITLAVPPGEEQRYTCQVEHPGLDQPLIVIWEPSPSGTLVIGVISGIAVFVVILFI

GILFIILRKRQGSRGAMGHYVLAERE (SEQ ID NO: 2; GENBANK ® Accession

No. U60319)
```

Residues 1–22=leader sequence; α1 domain underlined; residues 63, 65, 93, and 105 indicated in bold type) Other mutations include nucleotide 277 of SEQ ID NO:1, e.g., 277C which leads to expression of mutant HFE gene product G93R and one at nucleotide 193 of SEQ ID NO:1, e.g., 193T, which leads to expression of mutant HFE gene product S65C.

Any biological sample containing an HFE nucleic acid or gene product is suitable for the diagnostic methods described herein. For example, the biological sample to be analyzed is whole blood, cord blood, serum, saliva, buccal tissue, plasma, effusions, ascites, urine, stool, semen, liver tissue, kidney tissue, cervical tissue, cells in amniotic fluid, cerebrospinal fluid, hair or tears. Prenatal testing can be done using methods used in the art, e.g., amniocentesis or

US 6,355,425 B1

5

chorionic villa sampling. Preferably, the biological sample is one that can be non-invasively obtained, e.g., cells in saliva or from hair follicles.

The assay is also used to screen individuals prior to donating blood to blood banks and to test organ tissue, e.g., a donor liver, prior to transplantation into a recipient patient. Both donors and recipients are screened.

In some cases, a nucleic acid is amplified prior to detecting a mutation. The nucleic acid is amplified using a first oligonucleotide primer which is 5' to exon 2 and a second oligonucleotide primer is 3' to exon 2. To detect mutation at nucleotide 314 of SEQ ID NO:1, a first oligonucleotide primer which is 5' to nucleotide 314 and a second oligonucleotide primer which is 3' to nucleotide 314 is used in a standard amplification procedure such as polymerase chain reaction (PCR). To amplify a nucleic acid containing nucleotide 277 of SEQ ID NO:1, a first oligonucleotide primer which is 5' to nucleotide 277 and a second oligonucleotide primer which is 3' to nucleotide 277 is used. Similarly, a nucleic acid containing nucleotide 193 of SEQ ID NO:1 is amplified using primers which flank that nucleotide. For example, for nucleotide 277, the first primer has a nucleotide sequence of SEQ ID NO:3 and said second oligonucleotide primer has a nucleotide sequence of SEQ ID NO:4; or the first primer has a nucleotide sequence of SEQ ID NO:15 and said second oligonucleotide primer has a nucleotide sequence of SEQ ID NO:16. Table 3, below, shows examples of primer pairs for amplification of nucleic acids in exons and introns of the HFE gene.

6

out to produce a mature RNA product, i.e., a mRNA, which is then transported to the cytoplasm. A method of diagnosing an iron disorder or a genetic susceptibility to developing the disorder is carried out by determining the presence or absence of a mutation in an intron of HFE genomic DNA in a biological sample. The presence of the mutation is indicative of the disorder or a genetic susceptibility to developing the disorder. The presence of a mutation in an intron is a marker for an exon mutation, e.g., a mutation in intron 4, e.g., at nucleotide 6884 of SEQ ID NO:27 is associated with the S65C mutation in exon 2. A mutation in intron 5, e.g., at nucleotide 7055 of SEQ ID NO:27 is associated with hemochromatosis. In some cases, intron mutations may adversely affect proper splicing of exons or may alter regulatory regions. Preferably, the intron 4 mutation is 6884C and the intron 5 mutation is 7055G. To amplify nucleic acid molecule containing nucleotide 6884 or 7055, primers which flank that nucleotide, e.g., those described in Table 3, are used according to standard methods. Nucleic acid-based diagnostic methods may or may not include a step of amplification to increase the number of copies of the nucleic acid to be analyzed. To detect a mutation in intron 4, a patient-derived nucleic acid may be amplified using a first oligonucleotide primer which is 5' to intron 4 and a second oligonucleotide primer which is 3' to intron 4, and to detect a mutation in intron 5, the nucleic acid may be amplified using a first oligonucleotide primer which is 5' to intron 5 and a second oligonucleotide primer which is 3' to intron 5 (see, e.g., Table 3).

TABLE 3

| Target DNA | Forward Primer | Reverse Primer |
|---|---|---|
| | I. PRIMERS USED FOR AMPLIFICATON | |
| Exon 2 | CCTCCTACTACACATGGTTAGG (SEQ ID NO: 3) | GCTCTGACAACCTCAGGAAGG (SEQ ID NO: 4) |
| Exon 3 | GGTGGAAATAGGGACCTATTCC (SEQ ID NO: 5) | CACTCTGCCACTAGACTATAGG (SEQ ID NO: 6) |
| Exon 4 | GGTCCAGTCTTCCTGGCAAGG (SEQ ID NO: 7) | AAATGCTTCCCATGGATGCCAG (SEQ ID NO: 8) |
| RT-PCR | AAAGGATCCACCATGGGCCCGCGAGCCAGG (SEQ ID NO: 9) | GTGAGTCTGCAGGCTGCGTG (SEQ ID NO: 10) |
| Intron 4 | GTTCCAGTCTTCCTGGCAAGG (SEQ ID NO: 11) | AAATGCTTCCCATGGATGCCAG (SEQ ID NO: 12) |
| Intron 5 | GTTCCAGTCTTCCTGGCAAGG (SEQ ID NO: 13) | AAATGCTTCCCATGGATGCCAG (SEQ ID NO: 14) |
| | II. PRIMERS USED FOR AMPLIFICATION | |
| Exon 2 | GTGTGGAGCCTCAACATCCTG (SEQ ID NO: 15) | ACAAGACCTCAGACTTCCAGC (SEQ ID NO: 16) |
| Exon 3 | GGTGGAAATAGGGACCTATTCC (SEQ ID NO: 17) | CACTCTGCCACTAGAGTATAGG (SEQ ID NO: 18) |
| Exon 4 | GTTCCAGTCTTCCTGGCAAGG (SEQ ID NO: 19) | TTACCTCCTCAGGCACTCCTC (SEQ ID NO: 20) |
| RT- PCR | AAAGGATCCACCATGGGCCCGCGAGCCAGG (SEQ ID NO: 21) | GTGAGTCTGCAGGCCTGCGTG (SEQ ID NO: 22) |
| Intron 4 | TGCCTGAGGAGGTAATTATGG (SEQ ID NO: 23) | AAATGCTTCCCATGGATGCCAG (SEQ ID NO: 24) |
| Intron 5 | TGCCTGAGGAGGTAATTATGG (SEQ ID NO: 25) | AAATGCTTCCCATGGATGCCAG (SEQ ID NO: 26) |

60

Mutations in introns of the HFE gene have now been associated with iron disorders and/or hemochromatosis. By "exon" is meant a segment of a gene the sequence of which is represented in a mature RNA product, and by "intron" is meant a segment of a gene the sequence of which is not represented in a mature RNA product. An intron is a part of a primary nuclear transcript which is subsequently spliced

In addition to nucleic acid-based diagnostic methods, the invention includes a method of diagnosing an iron overload disorder or a genetic susceptibility thereto by determining the presence of a mutation in a HFE gene product in a biological sample. For example, the mutation results in a decrease in intramolecular salt bridge formation in the mutant HFE gene product compared to salt bridge formation

US 6,355,425 B1

7

in a wild type HFE gene product. The mutation which affects salt bridge formation is at or proximal to residue 63 of SEQ ID NO:2, but is not amino acid substitution H63D. Preferably, the mutation is between residues 23–113, inclusive of SEQ ID NO:2 (Table 2), more preferably, it is between residues 90–100, inclusive, of SEQ ID NO:2, more preferably, it is between residues 58–68, inclusive, of SEQ ID NO:2, and most preferably, the mutation is amino acid substitution S65C. Alternatively, the mutation which affects salt bridge formation is a mutation, e.g., an amino acid substitution at residue 95 or proximal to residue 95 of SEQ ID NO:2. Preferably, the mutation is G93R. Such an HFE mutation is detected by immunoassay or any other ligand binding assay such as binding of the HFE gene product to a transferrin receptor. Mutations are also detected by amino acid sequencing, analysis of the structural conformation of the protein, or by altered binding to a carbohydrate or peptide mimetope.

A mutation indicative of an iron disorder or a genetic susceptibility to developing such a disorder is located in the α1 helix (e.g., which spans residues 80–108, inclusive, of SEQ ID NO:2) of an HFE gene product. The mutation may be an addition, deletion, or substitution of an amino acid in the wild type HFE sequence. For example, the mutant HFE gene product contains the amino acid substitution I105T or G93R or in the loop of the β sheet of the HFE molecule, e.g., mutation S65C

Isolated nucleic acids encoding a mutated HFE gene products (and nucleic acids with nucleotide sequences complementary to such coding sequences) are also within the invention. Also included are nucleic acids which are at least 12 but less than 100 nucleotides in length. An isolated nucleic acid molecule is a nucleic acid molecule that is separated from the 5′ and 3′ sequences with which it is immediately contiguous in the naturally occurring genome of an organism. "Isolated" nucleic acid molecules include nucleic acid molecules which are not naturally occurring. For example, an isolated nucleic acid is one that has been amplified in vitro, e.g, by PCR; recombinantly produced; purified, e.g., by enzyme cleavage and gel separation; or chemically synthesized. For example, the restriction enzyme, Bst4C I (Sib Enzyme Limited, Novosibirsk, Russia), can be used to detect the G93R mutation (point mutation 277C); this enzyme cuts the mutated HFE nucleic acid but not the wild type HFE nucleic acid. Such nucleic acids are used as markers or probes for disease states. For example, a marker is a nucleic acid molecule containing a nucleotide polymorphism, e.g., a point mutation, associated with an iron disorder disease state flanked by wild type HFE sequences. The invention also encompasses nucleic acid molecules that hybridize, preferably under stringent conditions, to a nucleic acid molecule encoding a mutated HFE gene product (or a complementary strand of such a molecule). Preferably the hybridizing nucleic acid molecule is 400 nucleotides, more preferably 200 nucleotides, more preferably 100, more preferably 50, more preferably 25 nucleotides, more preferably 20 nucleotides, and most preferably 10–15 nucleotides, in length. For example, the nucleotide probe to detect a mutation is 13–15 nucleotides long. The nucleic acids are also used to produce recombinant peptides for generating antibodies specific for mutated HFE gene products. In preferred embodiments, an isolated nucleic acid molecule encodes an HFE polypeptide containing amino acid substitution I105T, G93R, or S65C, as well as nucleic acids the sequence of which are complementary to such nucleic acid which encode a mutant or wild type HFE gene product.

8

Also within the invention are substantially pure mutant HFE gene products, e.g., an HFE polypeptide containing amino acid substitution I105T, G93R, or S65C. Substantially pure or isolated HFE polypeptides include those that correspond to various functional domains of HFE or fragments thereof, e.g., a fragment of HFE that contains the α1 domain.

Wild type HFE binds to the transferrin receptor and regulates the affinity of transferrin receptor binding to transferrin. For example, a C282Y mutation in the HFE gene product reduces binding to the transferrin receptor, thus allowing the transferrin receptor to bind to transferrin (which leads to increased iron absorption).

The polypeptides of the invention encompass amino acid sequences that are substantially identical to the amino acid sequence shown in Table 2 (SEQ ID NO:2). Polypeptides of the invention are recombinantly produced, chemically synthesized, or purified from tissues in which they are naturally expressed according to standard biochemical methods of purification. Biologically active or functional polypeptides are those which possess one or more of the biological functions or activities of wild type HFE, e.g., binding to the transferrin receptor or regulation of binding of transferrin to the transferrin receptor. A functional polypeptide is also considered within the scope of the invention if it serves as an antigen for production of antibodies that specifically bind to an HFE epitope. In many cases, functional polypeptides retain one or more domains present in the naturally-occurring form of HFE.

The functional polypeptides may contain a primary amino acid sequence that has been altered from those disclosed herein. Preferably, the cysteine residues in exons 3 and 4 remain unchanged. Preferably the modifications consist of conservative amino acid substitutions. The terms "gene product", "protein", and "polypeptide" are used herein to describe any chain of amino acids, regardless of length or post-translational modification (for example, glycosylation or phosphorylation). Thus, the term "HFE polypeptide or gene product" includes full-length, naturally occurring HFE protein, as well a recombinantly or synthetically produced polypeptide that correspond to a full-length naturally occurring HFE or to a particular domain or portion of it.

The term "purified" as used herein refers to a nucleic acid or peptide that is substantially free of cellular material, viral material, or culture medium when produced by recombinant DNA techniques, or chemical precursors or other chemicals when chemically synthesized. Polypeptides are said to be "substantially pure" when they are within preparations that are at least 60% by weight (dry weight) the compound of interest. Preferably, the preparation is at least 75%, more preferably at least 90%, and most preferably at least 99%, by weight the compound of interest. Purity can be measured by any appropriate standard method, for example, by column chromatography, polyacrylamide gel electrophoresis, or HPLC analysis.

Diagnostic kits for identifying individuals suffering from or at risk of developing an iron disorder are also within the invention. A kit for detecting a nucleotide polymorphism associated with an iron disorder or a genetic susceptibility thereto contains an isolated nucleic acid which encodes at least a portion of the wild type or mutated HFE gene product, e.g., a portion which spans a mutation diagnostic for an iron disorder or hemochromatosis (or a nucleic acid the sequence of which is complementary to such a coding sequence). A kit for the detection of the presence of a mutation in exon 2 of an HFE nucleic acid contains a first oligonucleotide primer which is 5′ to exon 2 and a second

US 6,355,425 B1

9

oligonucleotide primer is 3' to exon 2, and a kit for an antibody-based diagnostic assay includes an antibody which preferentially binds to an epitope of a mutant HFE gene product, e.g., an HFE polypeptide containing amino acid substitution I105T, G93R, or S65C, compared to its binding to the wild type HFE polypeptide. An increase in binding of the mutant HFE-specific antibody to a patient-derived sample (compared to the level of binding detected in a wild type sample or sample derived from a known normal control individual) indicates the presence of a mutation which is diagnostic of an iron disorder, i.e., that the patient from which the sample was taken has an iron disorder or is at risk of developing one. The kit may also contain an antibody which binds to an epitope of wild type HFE which contains residue 105, 93, or 65. In the latter case, reduced binding of the antibody to a patient-derived HFE gene product (compared to the binding to a wild type HFE gene product or a gene product derived from a normal control individual) indicates the presence of a mutation which is diagnostic of an iron disorder, i.e., that the patient from which the sample was taken has an iron disorder or is at risk of developing one.

Individual mutations and combinations of mutations in the HFE gene are associated with varying severity of iron disorders. For example, the C282Y mutation in exon 4 is typically associated with clinical hemochromatosis, whereas other HFE mutations or combinations of mutations in HFE nucleic acids are associated with disorders of varying prognosis. In some cases, hemochromatosis patients have been identified which do not have a C282Y mutation. The I105T and G93R mutations are each alone associated with an increased risk of iron overload (compared to, e.g., the H63D mutational one), and the presence of both the I105T and H63D mutation is associated with hemochromatosis. Accordingly, the invention includes a method of determining the prognosis for hemochromatosis in a mammal suffering from or at risk of developing said hemochromatosis by (a) detecting the presence or absence of a first mutation in exon 4 in each allele of an HFE nucleic acid, e.g., patient-derived chromosomal DNA, and (b) detecting the presence of a second mutation in exon 2 in each allele of the nucleic acid. The presence of the first mutation in both chromosomes, i.e. an exon 4 homozygote such as a C282Y homozygote, indicates a more negative prognosis compared to the presence of the second mutation in one or both chromosomes, i.e., an exon 2 heterozygote or homozygote. An exon 4 mutation homozygote is also associated with a more negative prognosis compared to the presence of a first mutation (exon 4) in one allele and the presence of the second mutation (exon 2) in one allele, i.e., a compound heterozygote.

Other features and advantages of the invention will be apparent from the following detailed description, and from the claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram of the family of proband 1 (HFE genotype H63D/I105T). □=male, ●=female, Ø=deceased, ■=hemochromatosis phenotype. Proband 1 is indicated by an arrow. Phenotype and genotype data: age in year saturation; % Ftn=serum ferritin concentration. I105 separate chromosomes. The sister of the proband (II, 203) has hyperferritinemia.

FIG. 2 is a diagram of the family of proband 2 (HFE genotype C282Y/G93R). Symbols and abbreviations are the same as those described for FIG. 1. Proband 2 is indicated with an arrow. G93R, C282Y, and wt alleles are known to exist only on separate chromosomes. The father and sister of the proband are being treated for hemochromatosis.

10

FIG. 3 is a diagram of the family of proband 3 (HFE genotype C282Y/S65C). Symbols and abbreviations are the same as those described for FIG. 1. Proband 3 is indicated with an arrow. S65C, C282Y, and wt alleles are know to exist only on separate chromosomes. Proband 3 also has porphyria cutanea tarda, and her brother (II, 203 ) has ankylosing spondylitis.

DETAILED DESCRIPTION

A proband is the first individual in a family identified to be affected by hemochromatosis. Forward and reverse sequencing of HFE exons 2, 3, 4, and 5, and of portions of HFE introns 2, 4, and 5 was carried out on biological samples taken from twenty hemochromatosis probands who lacked C282Y homozygosity, C282Y/H63D compound heterozygosity, or H63D homozygosity. Four probands had novel HFE coding region mutations. Probands 1 and 2 were heterozygous for previously undescribed mutations: exon 2, nt 314T→C (314C; I105T), and exon 2, nt 277G→C (277C; G93R), respectively; these probands were also heterozygous for H63D and C282Y, respectively. Probands 3 and 4 were heterozygous for an HFE mutation in exon 2, nt 193A→T (193T; S65C). Twelve other probands did not have an exon 2 HFE exon mutation; four were heterozygous for H63D. In probands 1, 2, 3, and 4, the amino acid substitutions I105T, G93R, and S65C (respectively) occurred on separate chromosomes from those with the C282Y or H63D mutations. In 176 normal control subjects, two were heterozygous for S65C; I105T and G93R were not detected in controls. Nine probands were heterozygous and two probands were homozygous for a base-pair change at intron 2, nt 4919T/C (SEQ ID NO:27). Heterozygosity for a base-pair change in intron 4 (nt 6884T→C) was detected only in probands 3 and 4, both of whom also had S65C and HLA-A32. The intron 2 mutation is not diagnostic of an iron disorder and appears randomly in the population. One proband was heterozygous for a base-pair change at intron 5 (nt 7055A→G).

The data described herein indicate that, in addition to the C282Y and H63D HFE mutations, the HFE exon and intron 5 mutations described herein are diagnostic (and prognostic) of iron disorders.

Pathology of Iron Overload

Iron plays an essential role in normal growth and development, but in elevated concentrations, iron is a toxic inorganic molecule and is the leading cause of death in children by poisoning. It has been implicated in the pathophysiology of a number of common diseases, e.g., hepatitis, cancer, heart disease, reperfusion injury, rheumatoid arthritis, diabetes, AIDS, and psychological abnormalities (e.g. depression).

The incidence of cancer (especially liver cancer) rises dramatically in the course of hemochromatosis. Iron, acting alone or in synergy with other environmental agents, catalyzes free radical formation. These free radicals which mediate tissue damage also cause DNA double strand breaks and oncogene activation. Iron may also play a role in the pathogenesis of rheumatic diseases and in predisposition to heart disease. High levels of iron can also cause diabetes with 2% of diabetics being hemochromatosis patients. High levels of iron may also affect the disease progression of many viral diseases. Individuals infected with such viruses as hepatitis (e.g., hepatitis B or C) or HIV should be tested for HFE mutations because of the impact increased iron stores have on the treatment and prognosis of such diseases.

Excessive iron stores and iron deposition is also a major contributing factor in the pathology and treatment of non-

US 6,355,425 B1

11

valvular heart disease. These conditions include dilated cardiomyopathy cased by deposition of iron in myocardial fibers; myocardial injury the product of anthracycline cardiomyopathy and re-perfusion injury. Increased iron stores may also be a contributing factor in myocardial infarction due to atherosclerosis. Some evidence suggests a significant increase in the incidence of reported heart disease in probands (cardiac symptoms—32%, insulin-dependent diabetes—18%, cardiac arrhythmia—17%, clinically significant coronary artery atherosclerosis—9%, and congestive heart failure—7%. Cardiac complications have been detected in 30% of patients. These include EKG abnormalities, congestive heart failure and cardiac arrhythmias. An increased frequency of HFE mutations in individuals with porphyria cutanea tarda indicates that HFE mutations may predispose an individual to developing this syndrome.

The effect of iron overload is irreparable damage to vital organs and a multiplicity of associated pathologies described above. The multiplicity of clinical symptoms (and associated pathologies) often causes misdiagnosis of hemochromatosis or failure to diagnose hemochromatosis.

Untreated hemochromatosis is characterized by iron overload of parenchymal cells, which is toxic and the probable cause of various complications including cirrhosis, and liver cancer, arthropathy, hypogonadotropic hypogonadism, marrow aplasia, skin disorders, diabetes mellitus, and cardiomyopathy. There are 1.5 to 2 million active cases in the U.S. of which 40% have progressive liver disease because they have not been properly diagnosed or treated.

In untreated hemochromatosis, iron is universally deposited in the hepatocytes of the liver. The iron is found primarily in the cytoplasm of hepatocytes, and by electron microscopy in lysosomal vacuoles, and in more severe cases iron has also been reported deposited in mitochondria. Other liver toxins such as alcohol, and hepatitis exacerbate the damage caused by the iron deposition. Patients with hemochromatosis are advised not to drink, because of increased liver damage, or to smoke, as iron deposition can also occur in the lungs.

Individuals which are homozygous (and to a lesser extent heterozygous) for an HFE mutation are at risk for developing increased levels of blood lead. Thus, it is important to identify heterozygous as well as homozygous patients.

Identification and detection of mutations in the HFE gene are critical to understanding the general mechanisms of iron disorders and diagnosing iron-related pathologies.

Nucleic Acid-based Assays for HFE Mutations

A biological sample containing RNA or DNA is obtained from an individual and the nucleic acid extracted. Optionally, the nucleic acid is amplified according to standard procedures such as PCR. A nucleic acid polymorphism, e.g, a single base pair polymorphism, is detected using methods well known in the art of molecular biology. For example, a mutation is detected using a standard sequencing assay, nucleic acid hybridization, e.g, using standard Southern, Northern, or dot blot hybridization assay systems and an HFE-specific oligonucleotide probe, restriction enzyme fragment polymorphism analysis, oligonucleotide ligation assay (OLA; Nikerson etal., 1990, Nucl. Acids Res. 87:8923–8927), primer extension analysis (Nikiforov etal., 1994, Nucl. Acids Res. 22:4167–4175), single strand conformation polymorphism (SSCP) analysis, allele-specific PCR (Rust etal., 1993, Nucl. Acids Res. 6:3623–3629), denaturing gradient gel electrophoresis (DGGE), fluorescent

12

probe melting curve analysis (Bernard et al., 1998, Am. J. Pathol. 153:1055–61), RNA mismatch cleavage assay, capillary hybridization, or TaqMan™ assay (PE Applied Biosystems, Foster City, Calif.). Nucleic acid hybridization assays are also carried out using a bioelectronic microchip technology known in the art, e.g., that described in Sosnowski etal., 1997, Proc. Natl. Acad. Sci. U.S.A. 94:1119–1123; Cheng etal. 1998, Nature Biotechnology 16:541–546; or Edman etal., 1997, Nucl. Acids Res. 25:4907–4914.

Detection of Mutations using Antibodies and other HFE Ligands

Anti-HFE antibodies are know in the art, e.g., those described by Feder et al., 1997, J. Biol. Chem. 272:14025–14028, or are obtained using standard techniques. Such antibodies can be polyclonal or monoclonal. Polyclonal antibodies can be obtained, for example, by the methods described in Ghose etal., Methods in Enzymology, Vol. 93, 326–327, 1983. An HFE polypeptide, or an antigenic fragment thereof, is used as an immunogen to stimulate the production of HFE-reactive polyclonal antibodies in the antisera of animals such as rabbits, goats, sheep, rodents and the like. HFE antibodies specific for mutated HFE gene products are raised by immunizing animals with a polypeptide spanning the mutation, e.g, a polypeptide which contains the mutations described herein. For example, the entire α1 domain of a mutant HFE gene product is used as an immunogen. Monoclonal antibodies are obtained by the process described by Milstein and Kohler in Nature, 256:495–97, 1975, or as modified by Gerhard, Monoclonal Antibodies, Plenum Press, 1980, pages 370–371. Hybridomas are screened to identify those producing antibodies that are highly specific for an HFE polypeptide containing a mutation characteristic of an iron metabolism abnormality or clinical hemochromatosis. Preferably, the antibody has an affinity of at least about 10^5 liters/mole, preferably at least 10^6 liters/mole, more preferably at least 10^8 liters/mole, and most preferably, an affinity of at least about 10^9 liters/mole.

Antibodies specific for the wild type HFE can also be used to diagnose hemochromatosis or iron metabolism abnormalities. Such antibodies are also useful research tools to identify novel mutations indicative of iron disorders or hemochromatosis. A reduction in binding to a wild type HFE-specific antibody indicates the presence of a mutation. Antibody binding is detected using known methods. For example, an ELISA assay involves coating a substrate, e.g., a plastic dish, with an antigen, e.g., a patient-derived biological sample containing an HFE gene product. An antibody preparation is then added to the well. Antibodies specific for a mutant HFE gene product bind or fail to bind to a patient-derived sample in the well. Non-binding material is washed away and a marker enzyme e.g., horse radish peroxidase or alkaline phosphatase, coupled to a second antibody directed against the antigen-specific primary antibody is added in excess and the nonadherent material is washed away. An enzyme substrate is added to the well and the enzyme catalyzed conversion is monitored as indicative of presence of the mutation. Antibodies are also labelled with various sizes of colloidal gold particles or latex particles for detection of binding.

The invention employs not only intact monoclonal or polyclonal antibodies, but also an immunologically-active antibody fragment, for example, a Fab or (Fab)₂ fragment; an antibody heavy chain, an antibody light chain; a genetically engineered single-chain Fv molecule (Ladner etal., U.S. Pat. No. 4,946,778).

US 6,355,425 B1

**13**

## EXAMPLE 1

### Selection and Characterization of Subjects

All individuals studied were Caucasians, 18 years of age or older, and from central Alabama. Twenty probands were identified that were either heterozygous for C282Y or H63D, or lacked these mutations. Hemochromatosis is typically diagnosed by detecting elevated saturation of transferrin, with elevated serum ferritin levels, combined with liver biopsy. Each proband patient described below was previously diagnosed to have hemochromatosis by the working diagnostic criterion for hemochromatosis of the American College of Pathologists (elevated fasting transferrin saturation of greater than 60% saturation for males and greater than 50% saturation for females) on at least two occasions in the absence of other known causes. Probands were interviewed regarding their general medical history, diet (including estimated iron consumption and ethanol consumption), medicinal iron use, receipt of blood transfusion, prior significant hemorrhage, blood donation for transfusion and/or therapeutic phlebotomy, and pregnancy and lactation. Each proband was also evaluated for viral hepatitis B and C and other hepatic disorders, excess ethanol intake, and hereditary, and acquired anemia. Iron overload was defined as evidence of systemic iron overload demonstrated by otherwise unexplained elevated serum ferritin concentration ($\geq$300 ng/mL in men, $\geq$200 ng/mL in women), increased hepatic iron content determined using hepatic biopsy specimens, or iron >4 g mobilized by phlebotomy. Complications of iron overload were evaluated and treated, and

**14**

therapeutic phlebotomy was performed using standard methods. HFE mutation analysis for C282Y and H63D and human leukocyte antigen (HLA) immunophenotyping or molecular typing were performed using known methods. In some family members, HLA haplotyping had been performed previously for other disease associations, or their HLA type could be deduced from analysis of their kinship and HFE genotyping results. Measurement of serum iron and other clinical laboratory parameters and analysis of hepatic biopsy specimens were performed using routine methods. Control subjects (n=176) who were in apparently good health and were unrelated to the hemochromatosis probands were recruited from the general population. Iron parameters were measured and HLA typing was performed in two control subjects after HFE genotyping revealed that they had the S65C mutation.

## EXAMPLE 2

### HFE Gene Analysis

PCR amplification was used to detect mutations. Genomic DNA was prepared from peripheral blood buffy coat or saliva using the QIAmpBlood Kit (QIAGEN, Valencia, Calif.) or FTA Paper and FTA purification reagent (Fitzco Inc., Maple Plain, Minn.), respectively. Fragments were amplified from genomic DNA using eLONGase (Life Technologies, Gaithersburg, Md.) or HotStarTaq DNA polymerase (QIAGEN, Valencia, Calif.). Primers used to amplify each exon are shown in Table 3.

TABLE 4

| | Human HFE genomic DNA |
|---|---|
| 1 | ggatcctta accgaggaga ttattatagc cggagctctg aagcagcaat ctcagttctt |
| 61 | gtgatagtga gcaaagaact acaaactaac accaaaatgc aagcttaaag caaagtttat |
| 121 | tgaagcacaa taatacactc tgagggacag cgggcttatt tctgcgaagt gaactcagca |
| 181 | cttctttaca gagctcaagg tgctttttatg gggtttgtgg ggaggagttg aggtttggc |
| 241 | tgtatctgag tgacaggatg atgttatttg attgaagttt atagctatac aatctaaaat |
| 301 | taaactgtgc atggtcttac ctataatttg ttaagaaaag cctcccaggg atgggggggc |
| 361 | aaaactgtat gtaaattcta ttataatgat ggcatgatga acttggggtg aacttgaaga |
| 421 | caggcttttg tgttgttggg catgtgccac cttagggaat ttccacctgt accctccttt |
| 481 | ctctttctcc aggatatttt ggccacagac tttatcataa actccatccc ttagggtggc |
| 541 | attagggtag tcttgggcct gaatttaggt gggccagtgg ctgtcttagt gacagccttt |
| 601 | ccgctctctt ctgtcatccc ctcccaactg ctaatgtcta actacctaac aattacccat |
| 661 | taaatcagtg tgtctgggt taggagcagg cctcaatatg tttaatcatt ctccagataa |
| 721 | tcccaatact gtaaagtttg tgaaacactt gtcagataat tcaattatga aggctgtgga |

US 6,355,425 B1

15

16

## TABLE 4-continued

### Human HFE genomic DNA

```
 781 acgtgtttca gtaggatcta attggttaat gttatgactt aattaatttg
     aatcaaaaaa

 841 caaaatgaaa aagctttata tttctaagtc aaataagaca taagttggtc
     taaggttgag

 901 ataaaatttt taaatgtatg attgaatttt gaaaatcata aatatttaaa
     tatctaaagt

 961 tcagatcaga acattgcgaa gctactttcc ccaatcaaca acaccccttc
     aggatttaaa

1021 aaccaaggggg gacactggat cacctagtgt ttcacaagca ggtaccttct
     gctgaggag

1081 agagagaact aaagttctga aagacctgtt gcttttcacc aggaagtttt
     actgggcatc

1141 tcctgagcct aggcaatagc tgtagggtga cttctggagc catccccgtt
     tccccgcccc

1201 ccaaaagaag cggagattta acggggacgt gcggccagag ctggggaaat
     gggcccgcga

1261 gccaggccgg cgcttctcct cctgatgctt ttgcagaccg cggtcctgca
     ggggcgcttg

1321 ctgcgtgagt ccgagggctg cgggcgaact aggggcgcgg cgggggtgga
     aaaatcgaaa

1381 ctagcttttt ctttgcgctt gggagtttgc taactttgga ggacctgctc
     aacccaatcc

1441 gcaagcccct ctccctactt tctgcgtcca gacccggtga gggagtgcct
     accactgaac

1501 tgcagatagg ggtccctcgc cccaggacct gcccccctcc ccggctgtcc
     cggctctgcg

1561 gagtgacttt tggaaccgcc cactcccttc ccccaactag aatgctttta
     aataaatctc

1621 gtagttcctc acttgagctg agctaagcct ggggctcctt gaacctggaa
     ctcgggttta

1681 tttccaatgt cagctgtgca gttttttccc cagtcatctc caaacaggaa
     gttcttccct

1741 gagtgcttgc cgagaaggct gagcaaaccc acagcaggat ccgcacggggg
     tttccacctc

1801 agaacgaatg cgttgggcgg tgggggcgcg aaagagtggc gttggggatc
     tgaattcttc

1861 accattccac ccacttttgg tgagacctgg ggtggaggtc tctagggtgg
     gaggctcctg

1921 agagaggcct acctcgggcc tttccccact cttggcaatt gttcttttgc
     ctggaaaatt

1981 aagtatatgt tagttttgaa cgtttgaact gaacaattct cttttcggct
     aggctttatt

2041 gatttgcaat gtgctgtgta attaagaggc ctctctacaa agtactgata
     atgaacatgt

2101 aagcaatgca ctcacttcta agttacattc atatctgatc ttatttgatt
     ttcactaggc

2161 atagggaggt aggagctaat aatacgttta tttttactaga agttaactgg
     aattcagatt

2221 atataactct tttcaggtta caaagaacat aaataatctg gttttctgat
     gttatttcaa

2281 gtactacagc tgcttctaat cttagttgac agtgattttg ccctgtagtg
```

US 6,355,425 B1

17                                                            18

TABLE 4-continued

Human HFE genomic DNA

```
      tagcacagtg

2341  ttctgtgggt cacacgccgg cctcagcaca gcactttgag ttttggtact
      acgtgtatcc

2401  acattttaca catgacaaga atgaggcatg gcacggccctg cttcctggca
      aatttattca

2461  atggtacacg gggctttggt ggcagagctc atgtctccac ttcatagcta
      tgattcttaa

2521  acatcacact gcattagagg ttgaataata aaatttcatg ttgagcagaa
      atattcattg

2581  tttacaagtg taaatgagtc ccagccatgt gttgcactgt tcaagcccca
      agggagagag

2641  cagggaaaca agtctttacc ctttgatatt ttgcattcta gtgggagaga
      tgacaataag

2701  caaatgagca gaaagatata caacatcagg aaatcatggg tgttgtgaga
      agcagagaag

2761  tcagggcaag tcactctggg gctgacactt gagcagagac atgaaggaaa
      taagaatgat

2821  attgactggg agcagtattt cccaggcaaa ctgagtgggc ctggcaagtt
      ggattaaaaa

2881  gcgggttttc tcagcactac tcatgtgtgt gtgtgtgggg gggggggcgg
      cgtgggggtg

2941  ggaaggggga ctaccatctg catgtaggat gtctagcagt atcctgtcct
      ccctactcac

3001  taggtgctag gagcactccc ccagtcttga caaccaaaaa tgtctctaaa
      ctttgccaca

3061  tgtcaacctag tagacaaact cctggttaag aagctcgggt tgaaaaaaat
      aaacaagtag

3121  tgctggggag tagaggccaa gaagtaggta atgggctcag aagaggagcc
      acaaacaagg

3181  ttgtgcaggc gcctgtaggc tgtggtgtga attctagcca aggagtaaca
      gtgatctgtc

3241  acaggctttt aaaagattgc tctggctgct atgtggaaag cagaatgaag
      ggagcaacag

3301  taaaagcagg gagcccagcc aggaagctgt tacacagtcc aggcaagagg
      tagtggagtg

3361  ggctgggtgg gaacagaaaa gggagtgaca aaccattgtc tcctgaatat
      attctgaagg

3421  aagttgctga aggattctat gttgtgtgag agaaagagaa gaattggctg
      ggtgtagtag

3481  ctcatgccaa ggaggaggcc aaggagagca gattcctgag ctcaggagtt
      caagaccagc

3541  ctggggcaaca cagcaaaacc ccttctctac aaaaaataca aaaattagct
      gggtgtggtg

3601  gcatgcacct gtgatcctag ctactcggga ggctgaggtg gagggtattg
      cttgagccca

3661  ggaagttgag gctgcagtga gccatgactg tgccactgta cttcagccta
      ggtgacaagg

3721  caagacccctg tctcccctga ccccctgaaa aagagaagag ttaaagttga
      ctttgttctt

3781  tattttaatt ttattggcct gagcagtqgg gtaattggca atgccatttc
      tgagatggtg
```

US 6,355,425 B1

19                                                                           20

## TABLE 4-continued

### Human HFE genomic DNA

```
3841 aaggcagagg aaaqagcagt ttggggtaaa tcaaggatct gcatttggac
     atgttaagtt

3901 tgagattcca gtcaggcttc caagtggtga ggccacatag gcagttcagt
     gtaagaattc

3961 aggaccaagg cagggcacgg tggctcactt ctgtaatccc agcactttgg
     tggctgaggc

4021 aggtagatca tttgaggtca ggagtttgag acaagcttgg ccaacatggt
     gaaaccccat

4081 gtctactaaa aatacaaaaa ttagcctggt gtggtggcgc acgcctatag
     tcccaggttt

4141 tcaggaggct taggtaggag aatcccttga acccaggagg tgcaggttgc
     agtgagctga

4201 gattgtgcca ctgcactcca gcctgggtga tagagtgaga ctctgtctca
     aaaaaaaaaa

4261 aaaaaaaaaa aaaaaaaaaa aactgaagga attattcctc aggatttggg
     tctaatttgc

4321 cctgagcacc aactcctgag ttcaactacc atggctagac acaccttaac
     attttctaga

4381 atccaccagc tttagtggag tctgtctaat catgagtatt ggaataggat
     ctgggggcag

4441 tgaggggggtg gcagccacgt gtggcagaga aaagcacaca aggaaagagc
     acccaggact

4501 gtcatatgga agaaagacag gactgcaact caccccttcac aaaatgagga
     ccagacacag

4561 ctgatggtat gagttgatgc aggtgtgtgg agcctcaaca tcctgctccc
     ctcctactac

4621 acatggttaa ggcctgttgc tctgtctcca ggttcacact ctctgcacta
     cctcttcatg

4681 ggtgcctcag agcaggacct tggtctttcc ttqtttgaag ctttgggcta
     cgtggagac

4741 cagctgttcg tgttctatga tcatgagagt cgccgtgtgg agccccgaac
     ccatgggtt

4801 tccagtagaa tttcaagcca gatgtggctg cagctgagtc agagtctgaa
     agggtgggat

4861 cacatgttca ctgttgactt ctggactatt atggaaaatc acaaccacag
     caagggtatg

4921 tggagagggg gcctcacctt cctgaggttg tcagagcttt tcatcttttc
     gaatttgctt

4981 aaggaaacag ctggaagtct gaggtcttgt gggagcaggg aagagggaag
     gaatttgctt

5041 cctgagatca tttggtcctt ggggatggtg gaaataqgga cctattcctt
     tggttgcagt

5101 taacaaggat ggggattttt ccagagtcca acaccctgca ggtcatactg
     ggctgtgaaa

5161 tgcaagaaga caacagtacc gagggctact ggaagtacgg gtatgatggg
     caggaccacc

5221 ttgaattctg ccctgacaca ctggattgga gagcagcaga acccagggcc
     tggcccacca

5281 agctggagtg ggaaaggcac aagattcggg ccaggcagaa cagggcctac
     ctggagaggg

5341 aatgccctgc acagctgcag cagttgctgg agctggggag aggtgttttg
     gaccaacaag
```

US 6,355,425 B1

21                                                                        22

TABLE 4-continued

Human HFE genomic DNA

```
5401 gtatggtgga aacacacttc tgcccctata ctctagtggc agagtggagg
     aggttgcagg

5461 gaacggaatc cctggttgga gtttcagagg tggctgaggc tgtgtgcctc
     tccaaattct

5521 gggaagggac tttctcaatc ctagagtctc taccttataa ttgagatgta
     tgagacagac

5581 acaagtcatg ggtttaattt cttttcctcca tgcatatggc tcaaagggaa
     gtgtctatgg

5641 cccttgcttt ttatttaacc aataatcttt tgtatatttta tacctgttaa
     aaattcagaa

5701 atgtcaaggc cgggaacggt ggatcaccccc tgtaatccca gcactttggg
     aggccgaggc

5761 gggtggtcac aaggtcagga gtttgagacc agcctgacca acatggtgaa
     acccgtctat

5821 aaaaaaatac aaaaattaga tggtcacagt catgcgcacc tgtagtccaa
     gctaattgga

5881 aggctgaggc aggagcatcg cttgaacctg ggaagcggaa gttgcactga
     gccaagatcg

5941 cgccactgca ctccagccta ggcagcagag tgagactcca tcttaaaaaa
     aaaaaaaaa

6001 aaaaagagaa ttcagagatc tcagctatca tatgaatacc aggacaaaat
     atcaagtgag

6061 gccacttatc agagtagaag aatcctttag gttaaaagtt tctttcatag
     aacatagcaa

6121 taataactga agctacctat cttacaagtc cgcttcttat aacaatgcct
     cctaggttga

6181 accaggtgaa actgaccatc tgtattcaat cattttcaat gcacataaag
     ggcaatttta

6241 tctatcagaa caaagaacat gggtaacaga tatgtatatt tacatgtgag
     gagaacaagc

6301 tgatctgact gctctccaag tgacactgtg ttagagtcca atcttaggac
     acaaaatggt

6361 gtatctcctg tagcttgttt ttttctgaaa agggtatttc cttcctccaa
     cctatagaag

6421 gaagtgaaag ttccagtctt cctggcaagg gtaaacagat cccctctcct
     catccttcct

6481 ctttcctgtc aagtgcctcc tttggtgaag gtgacacatc atgtgacctc
     ttcagtgacc

6541 actctacggt gtcgggcctt gaactactac ccccagaaca tcacaatgaa
     gtggctgaag

6601 gataagcagc caatggatgc caaggagttc gaacctaaag acgtattgcc
     caatggggat

6661 gggacctacc agggctggat aaccttggct gtacccccctg gggaagagca
     gagatatacg

6721 tgccaggtgg agcacccagg cctggatca ccctcattg tgatctgggg
     tatgtgactg

6781 atgagagcca ggagctgaga aaatctattg ggggttgaga ggagtgcctg
     aggaggtaat

6841 tatggcagtg agatgaggat ctgctctttg ttaggggatg ggctgagggt
     ggcaatcaaa

6901 ggctttaact tgctttttct gttttagagc cctcaccgtc tggcacccta
```

US 6,355,425 B1

23                                                                          24

TABLE 4-continued

Human HFE genomic DNA

```
       gtcattggag

6961   tcatcagtgg aattgctgtt tttgtcgtca tcttgttcat tggaattttg
       ttcataatat

7021   taaggaagag gcagggttca agtgagtagg aacaaggggg aagtctatta
       gtacctctgc

7081   cccagggcac agtgggaaga ggggcagagg ggatctggca tccatgggaa
       gcatttttct

7141   catttatatt ctttggggac accagaagct ccctgggaga cagaaaataa
       tggttctcca

7201   cagaatgaaa gtctctaatt caacaaacat cttcagagca cctactattt
       tgcaagagct

7261   gtttaaggta gtacaggggc tttgaggttg agaagtcact gtggctattc
       tcagaaccca

7321   aatctggtag ggaatgaaat tgatagcaag taaatgtag taaagaagac
       cccatgaggt

7381   cctaaagcag gcaggaagca aatgcttagg gtgtcaaagg aaagaatgat
       cacattcagc

7441   tggggatcaa gatagccttc tggatcttga aggagaagct ggattccatt
       aggtgaggtt

7501   gaagatgatg ggaggtctac acagacggag caaccatgcc aagtaggaga
       gtataaggca

7561   tactgggaga ttagaaataa ttactgtacc ttaaccctga gtttgcttag
       ctatcactca

7621   ccaattatgc atttctaccc cctgaacata tgtggtgtag ggaaaagaga
       atcagaaaga

7681   agccagctca tacagagtcc aagggtcttt tgggatattg ggttatgatc
       actggggtgt

7741   cattgaagga tcctaagaaa ggaggaccac gatctcccac atatggtgaa
       tgtgttgtta

7801   agaagttaga tgagaggtga ggagaccagt tagaaagcca ataagcattt
       ccagatgaga

7861   gataatggtt cttgaaatcc aatagtgccc aggtctaaat tgagatgggt
       gaatgaggaa

7921   aataaggaag agagaagagg caagatggtg cctaggtttg tgatgcctct
       ttcctgggtc

7981   tcttgtctcc acaggaggag ccatgggca ctacgtctta gctgaacgtg
       agtgacacgc

8041   agcctgcaga ctcactgtgg gaaggagaca aaactagaga ctcaaagagg
       gagtgcattt

8101   atgagctctt catgtttcag gagagagtgg aacctaaaca tagaaattgc
       ctgacgaact

8161   ccttgatttt agccttctct gttcatttcc tcaaaaagat ttccccattt
       aggtttctga

8221   gttcctgcat gccggtgatc cctagctgtg acctctcccc tggaactgtc
       tctcatgaac

8281   ctcaagctgc atctagaggc ttccttcatt tcctccgtca cctcagagac
       atacacctat

8341   gtcatttcat ttcctatttt tggaagagga ctccttaaat ttgggggact
       tacatggattc

8401   attttaacat atgagaaaag ctttgaaccc tgggacgtgg ctagtcataa
       ccttaccaga
```

US 6,355,425 B1

25                                                          26

## TABLE 4-continued

### Human HFE genomic DNA

```
8461 tttttacaca tgtatctatg cattttctgg acccgttcaa ctttttcctt
     gaatcctctc

8521 tctgtgttac ccagtaactc atctgtcacc aagccttggg gattcttcca
     tctgattgtg

8581 atcgtgagttg cacgctatg aaggctgtac actgcacgaa tggaagaggc
     acctgtccca

8641 gaaaaagcat catggctatc tgtgggtagt atgatgggtg tttttagcag
     gtaggaggca

8701 aatatcttga aaggggttgt gaagaggtgt tttttctaat tggcatgaag
     gtgtcataca

8761 gatttgcaaa gtttaatggt gccttcattt gggatgctac tctagtattc
     cagacctgaa

8821 gaatcacaat aattttctac ctggtctctc cttgttctga taatgaaaat
     tatgataagg

8881 atgataaaag cacttacttc gtgtccgact cttctgagca cctacttaca
     tgcattactg

8941 catgcacttc ttacaataat tctatgagat aggtactatt atccccattt
     cttttttaaa

9001 tgaagaaagt gaagtaggcc gggcacggtg gctcacgcct gtaatcccag
     cactttggga

9061 ggccaaagc ggtggatcac gaggtcagga gatcgagacc atcctggcta
     acatggtgaa

9121 accccatctc taataaaaat acaaaaaatt agctgggcgt ggtggcagac
     gcctgtagtc

9181 ccagctactc ggaaggctga ggcaggagaa tggcatgaac ccaggaggca
     gagcttgcag

9241 tgagccgagt ttgcgccact gcactccagc ctaggtgaca gagtgagact
     ccatctcaaa

9301 aaaataaaaa taaaaataaa aaaatgaaaa aaaaaagaaa gtgaagtata
     gagtatctca

9361 tagtttgtca gtgatagaaa caggttttcaa actaagtaaa tctgacccgtt
     tgatacatct

9421 cagacaccac tacattcagt agtttagatg cctagaataa atagagaaagg
     aaggagatgg

9481 ctcttctctt gtctcattgt gtttcttctg aatgagcttg aatcacatga
     aggggaacag

9541 cagaaaacaa ccaactgatc ctcagctgtc atgtttcctt taaaagtccc
     tgaaggaagg

9601 tcctggaatg tgactccctt gctcctctgt tgctctcttt ggcattcatt
     tctttggacc

9661 ctacgcaagg actgtaattg gtggggacag ctagtggccc tgctgggctt
     cacacacggt

9721 gtcctcccta ggccagtgcc tctggagtca gaactctggt ggtatttccc
     tcaatgaagt

9781 ggagtaagct ctctcatttt gagatggtat aatggaagcc accaagtggc
     ttagaggatg

9841 cccaggtcct tccatggagc cactggggtt ccggtgcaca ttaaaaaaaa
     aatctaacca

9901 ggacattcag gaattgctag attctgggaa atcagttcac catgttcaaa
     agagtctttt

9961 tttttttttt gagactctat tgcccaggct ggagtgcaat ggcatgatct
     cggctcactg
```

US 6,355,425 B1

27                                                                28

TABLE 4-continued

Human HFE genomic DNA

```
10021 taacctctgc ctcccaggtt caagcgattc tcctgtctca gcctcccaag
      tagctgggat

10081 tacaggcgtg caccaccatg cccggctaat ttttgtattt ttagtagaga
      cagggtttca

10141 ccatgttggc caggctggtc tcgaactctc ctgacctgt gatccgcctg
      cctcggcctc

10201 ccaaagtgct gagattacag gtgtgagcca ccctgcccag ccgtcaaaag
      agtcttaata

10261 tatatatcca gatggcatgt gtttacttta tgttactaca tgcacttggc
      tgcataaatg

10321 tggtacaagc attctgtctt gaagggcagg tgcttcagga taccatatac
      agctcagaag

10381 tttcttcttt aggcattaaa ttttagcaaa gatatctcat ctcttctttt
      aaaccatttt

10441 ctttttttgt ggttagaaaa gttatgtaga aaaaagtaaa tgtgatttac
      gctcattgta

10501 gaaaagctat aaaatgaata caattaaagc tgttatttaa ttagccagtg
      aaaaactatt

10561 aacaacttgt ctattacctg ttagtattat tgttgcatta aaaatgcata
      tactttaata

10621 aatgtacatt gtattgtata ctgcatgatt ttattgaagt tcttgttcat
      cttgtgtata

10681 tacttaatcg ctttgtcatt ttggagacat ttattttgct tctaatttct
      ttacattttg

10741 tcttacggaa tattttcatt caactgtggt agccgaatta atcgtgtttc
      ttcactctag

10801 ggacattgtc gtctaagttg taagacattg gttattttac cagcaaacca
      ttctgaaagc

10861 atatgacaaa ttatttctct cttaatatct tactatactg aaagcagact
      gctataaggc

10921 ttcacttact cttctacctc ataaggaata tgttacaatt aatttattag
      gtaagcattt

10981 gttttatatt ggttttattt cacctgggct gagatttcaa gaaacacccc
      agtcttcaca

11041 gtaacacatt tcactaacac atttactaaa catcagcaac tgtggcctgt
      taattttttt

11101 aatagaaatt ttaagtcctc attttctttc ggtgtttttt aagcttaatt
      tttctggctt

11161 tattcataaa ttcttaaggt caactacatt tgaaaaatca aagacctgca
      ttttaaattc

11221 ttattcacct ctggcaaaac cattcacaaa ccatggtagt aaagagaagg
      gtgacacctg

11281 gtggccatag gtaaatgtac cacggtggtc cggtgaccag agatgcagcg
      ctgagggttt

11341 tcctgaaggt aaaggaataa agaatgggtg gaggggcgtg cactggaaat
      cacttgtaga

11401 gaaaagcccc tgaaaatttg agaaaacaaa caagaaacta cttaccagct
      atttgaattg

11461 ctggaatcac aggccattgc tgagctgcct gaactgggaa cacaacagaa
      ggaaaacaaa

11521 ccactctgat aatcattgag tcaagtacag caggtgattg aggactgctg
```