JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BILLUPS-ROTHENBERG, INC., | CASE NO. SACV 08-1349 MRP (SSx) |
| Plaintiff, | |
| vs. | |
| ARUP LABORATORIES, INC., BIO-RAD LABORATORIES, INC., and DOES 2-20, | **FINAL JUDGMENT** |
| Defendants. | |

**[Proposed] Final Judgment**

This action having come before this Court, the Honorable Mariana R. Pfaelzer, Senior United States District Judge presiding, and the issues having been duly presented and an Amended Order re: Motions for Summary Judgment (docket no. 248) having been duly issued on May 26, 2010 granting Defendants' motion for summary judgment, and any other issues not previously disposed of by the Court in prior rulings being rendered moot,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** in its entirety.

DATED: May 27, 2010

_____
Hon. Mariana R. Pfaelzer